UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 22-cr-80022-CANNON/REINHART

UNITED STATES OF AMERICA

vs.

DANIEL M. CARVER
_____/

**GOVERNMENT'S WITNESS LIST (DETENTION HEARING)**

1. Orlando Buissereth, Special Agent HHS-OIG

Dated: March 16, 2022

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

JOSEPH S. BEEMSTERBOER, CHIEF
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

By: */s/ Patrick J. Queenan*
Patrick J. Queenan
Trial Attorney
FL Special Bar No. A5502715
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 875-0326
patrick.queenan@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2022, I served and electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                                           By:     */s/ Patrick J. Queenan*
                                                                       Patrick J. Queenan
                                                                       TRIAL ATTORNEY