UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL M. CARVER,
THOMAS DOUGHERTY,
JOHN PAUL GOSNEY, JR.,
GALINA ROZENBERG,
MICHAEL ROZENBERG,
LOUIS CARVER,
TIMOTHY RICHARDSON,
ETHAN MACIER,
ASHLEY CIGARROA,
JOSE GOYOS,

    Defendants.
_____/

CASE NO.
9:22-cr-80022-AMC

## DEFENDANT'S MOTION TO ADOPT DEFENDANT GOSNEY'S MOTION TO DISMISS FRAUD AND MONEY LAUNDERING COUNTS OF THE INDICTMENT

Defendant Daniel M. Carver moves to adopt Defendant Gosney's Motion to Dismiss Fraud and Money Laundering Counts of the Indictment (Doc. 350).

Respectfully submitted this 14th day of October, 2022.

                                        **BAKER HOSTETLER LLP**

                                By:    */s/ Brian T. Rafferty*
                                          Brian T. Rafferty
                                          Georgia Bar No. 311903
                                          brafferty@bakerlaw.com
                                          1170 Peachtree Street, Suite 2400
                                          Atlanta, GA 30309-7676
                                          Phone: 404-259-8233

                                          */s/ Lindy K. Keown*
                                          Lindy K. Keown
                                          Florida State Bar No. 117888

BAKER & HOSTETLER LLP
SunTrust Center
200 S Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone: (407) 649-4087
Facsimile: (407) 841-0168
Email: lkeown@bakerlaw.com

*Attorney for Daniel M. Carver*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing MOTION TO ADOPT DEFENDANT GOSNEY'S MOTION TO DISMISS FRAUD AND MONEY LAUNDERING COUNTS OF THE INDICTMENT with the Clerk of the United States District Court for the Southern District of Florida by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

This 14th day of October, 2022.

**BAKER HOSTETLER LLP**

By:   */s/ Lindy K. Keown*
      Lindy K. Keown