UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80022-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DANIEL M. CARVER, et al.**,

    Defendants.
_____/

CASE MANAGEMENT ORDER GRANTING MOTIONS TO CONTINUE
[ECF Nos. 370, 384], DENYING WITHOUT PREJUDICE MOTION FOR TELEPHONIC
STATUS CONFERENCE [ECF No. 447], RESETTING CERTAIN DEADLINES, AND
SETTING FORTH ADDITIONAL INSTRUCTIONS

**THIS CAUSE** comes before the Court upon Defendant Daniel Carver's Motion for Continuance of Trial [ECF No. 370] and Defendant John Paul Gosney Jr.'s Motion to Continue the January 2023 Trial Date [ECF No. 384] ("Motions to Continue").[1] The Court has reviewed the Motions to Continue, the Government's Response in Opposition [ECF No. 424], and the recent filing by Defendant Carver detailing issues with the review of potentially privileged material [ECF No. 450]. Following that review, the Motions to Continue are **GRANTED**, and the pre-trial and trial deadlines are reset below. In resetting the trial date in this matter, the Court has considered the various scheduling conflicts indicated by the parties [ECF No. 370 pp. 2–3; ECF No. 424 ¶¶ 5–10] and accommodated those scheduling conflicts to the greatest extent possible.

---

[1] Defendant Gosney's Motion is joined by Defendant Thomas Dougherty [ECF No. 397].

1

The Court is mindful of the Defendants' interests in a speedy trial, in particular the three Defendants detained in connection with this action,[2] but finds, for the reasons stated in the Motions, that the interests of justice served by the granting of this continuance outweigh the best interests of the public or the Defendants in a speedy trial. As a result, the Court finds that the period of delay resulting from this continuance is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A).[3]

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant Daniel Carver's Motion for Continuance of Trial [ECF No. 370] is **GRANTED**.

2. Defendant John Paul Gosney Jr.'s Motion to Continue the January 2023 Trial Date [ECF No. 384] is **GRANTED** in accordance with this Order.[4]

3. Calendar call will be held on **Tuesday, June 27, 2023, at 1:45 p.m**. The case is set for **Jury Trial** during the two-week trial period that begins **July 3, 2023**.

4. All motions *in limine* must be filed by **March 6, 2023**, to permit appropriate time for Court review. The responses to the currently pending motions *in limine* [ECF Nos. 382, 389] also should be filed by **March 6, 2023**.

---

[2] Defendants Carver, Goyos, and Michael Rozenberg are detained pending trial [ECF Nos. 251, 143, 74]; Defendants Carver, Gosney, and Dougherty bring this Motion, and Defendant Michael Rozenberg pled guilty and is awaiting sentencing after trial [ECF Nos. 343, 346, 347].

[3] The Government mildly opposes a continuance, stating that it "not does *believe* there are any *significant* discovery or filter issues that would warrant a further continuance" [ECF No. 424 p. 1 (emphases added)]. The Government also reports various scheduling concerns with a rescheduled trial, which the Court has endeavored to accommodate to the greatest extent in this Order.

[4] To the extent Defendant Gosney Jr. requests an open-ended continuance pending resolution of his appeal, that request is **DENIED** [ECF No. 424 p. 1; ECF No. 384 pp. 1–2].

5. The Government shall provide to Defendants a detailed preliminary witness and exhibit list by **May 22, 2023**. In drafting its preliminary exhibit list, the Government shall undertake reasonable efforts to identify the exhibits the Government seeks to admit under Federal Rule of Evidence 801(d)(2)(E). The Government also shall indicate in its preliminary witness list any witnesses with co-conspirator testimony to be offered under Rule 801(d)(2)(E) [*see* ECF No. 428 p. 2 (representing previous submission of related material)]. Defendants shall provide their draft witness and exhibit lists by **June 12, 2023**.

6. Both parties shall exchange their final witness and exhibit lists by **June 26, 2023**. The parties shall also exchange copies of their exhibits by **June 26, 2023**. The parties may exchange electronic copies.

7. **This Order does not extend pre-trial deadlines (expired or otherwise) in any other respect.**

8. <u>**Any change of plea must be taken prior to 5:00 p.m. on June 9, 2023.**</u>

9. All other instructions set forth in the Court's Original Order Setting Trial [ECF No. 137] remain in effect unless otherwise specified in this Order.

10. The parties are reminded to adhere to the Court's Local Rules in all respects.

11. In light of the new trial period, the Government's Unopposed Motion for a Telephonic Status Conference [ECF No. 447] is **DENIED WITHOUT PREJUDICE**.

12. The sentencing hearing scheduled for Defendant Galina Rozenberg [ECF No. 404] will be reset for **August 10, 2023, 9:00 a.m.**

13. The sentencing hearing scheduled for Defendant Timothy Richardson [ECF No. 405] will be reset for **August 10, 2023, 11:00 a.m.**

CASE NO. 22-80022-CR-CANNON

14. The sentencing hearing scheduled for Defendant Michael Rozenberg [ECF No. 406] will be reset for **August 10, 2023, 2:00 p.m.**

15. The sentencing hearing scheduled for Defendant Ashley Cigarroa [ECF No. 412] will be reset for **August 10, 2023, 3:30 p.m.**

16. **An in-person hearing for any motions pending at that time will be held on April 6, 2023, at 9:30 a.m. in the Fort Pierce Division.**

17. A Zoom status conference will be held on **January 5, 2023, at 11:00 a.m**. At least one member of the Government's Filter Team shall appear at this hearing and be prepared to discuss in detail its efforts to address any remaining issues in PPM disclosures [ECF No. 450 pp. 1–2; ECF No. 452 p. 2]. At least one member of the prosecution team also shall appear and be prepared to offer final clarifications on any remaining discovery issues [*see* ECF No. 424 p. 1].

18. On or before **January 3, 2023**, the Government shall file a final Discovery Status report in anticipation of the January 5, 2023, Zoom hearing.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 22nd day of November 2022.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record