# EXHIBIT 1

## SUMMARY OF PAYMENTS TO ATTORNEYS

| Account Name | Bank Name | Account Last 4 | Transaction Date | Payee/Payor (Normalized) | Transaction Amount |
|---|---|---|---|---|---|
| Broad Street Lifestyles LLC | Chase | 1906 | 06/04/20 | Aaron Cohen | (10,000.00) |
| Broad Street Lifestyles LLC | Chase | 1906 | 07/02/20 | Aaron Cohen | (25,000.00) |
| Broad Street Lifestyles LLC | Chase | 1906 | 10/02/20 | Zelle payment to Aaron Lawyer | (500.00) |
| Olympus First Consulting LLC | JPMC | 6730 | 10/27/20 | Aaron Lawyer | (1,250.00) |
| MDA Consumers Inc | TD Bank | 8078 | 11/16/20 | Aaron Cohen | (24,000.00) |
| Cergena Laboratories LLC | Chase | 0879 | 12/04/20 | Law Offices of Aaron M Cohen PA | (15,000.00) |
| Cergena Laboratories LLC | Chase | 0879 | 12/14/20 | Law Offices of Aaron M Cohen PA | (15,000.00) |
| MC Mission | JPMC | 5002 | 12/17/20 | Law Offices of Aaron M Cohen PA | (9,000.00) |
| MC Mission | JPMC | 5002 | 12/17/20 | Law Offices of Aaron M Cohen PA | (2,500.00) |
| Olympus First Consulting LLC | JPMC | 6730 | 01/15/21 | Keith Fousek | (3,750.00) |
| Olympus First Consulting LLC | TD Bank | 7379 | 02/12/21 | Keith Fousek | (3,750.00) |
| Olympus First Consulting LLC | TD Bank | 7379 | 02/19/21 | Keith Fousek | (3,750.00) |
| DMC Group Holding LLC | SunTrust Bank | 6697 | 05/06/21 | Physicians Law PA | (6,000.00) |

*Physicians Law PA is an entity owned by Attorney Robyn Sztyndor.