UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-80022-CR-CANNON/REINHART

UNITED STATES OF AMERICA

v.

DANIEL M. CARVER,
THOMAS DOUGHERTY,
JOHN PAUL GOSNEY JR.,
LOUIS CARVER, and
JOSE GOYOS,

      **Defendants.**

_____/

**GOVERNMENT'S WITNESS LIST**

The government hereby files its witness list. At trial, the United States anticipates calling the following witnesses in its case-in-chief:[1]

1. Jonathan Bent*
2. Joan Budnik*
3. Ashley Cigarroa*
4. Kamran Choudhry*
5. Darlene Connolly*
6. Rajat Deo
7. Dertailie Fairweather*
8. Candace Fasano*
9. Blake Fishman*
10. Joseph Gage
11. Rhonda James*
12. Linda Jepsen*
13. Jon Leleux
14. Bonnie Luft*
15. Gary W. Luft*
16. Ethan Macier*
17. Joseph Mamone*

---

[1] Pursuant to the Court's Order [ECF No. 459 at ¶ 5], witnesses with an asterisk are anticipated to provide evidence admissible under, among other provisions, Federal Rule of Criminal Procedure Rule 801(d)(2)(E).

18. Ziad Marijieh
19. Wilbur Martin*
20. Carla Marsten-Feingold*
21. Paola Mejia-Contreras*
22. Clarence Mers*
23. Scott Murphy
24. Zachary Nelson*
25. Christine Onstott
26. Lucia Oro*
27. William Perez*
28. Scott Poulton*
29. Stephen Quindoza
30. Timothy Richardson*
31. Marylee Robinson
32. Tyler Roman*
33. Galina Rozenberg*
34. Todd Schull*
35. Tony Senat*
36. Elizabeth Serra*
37. Joseph Slaughterbeck*
38. Jestil Tapia*
39. Monica Tran
40. Diana Venable*
41. FBI Analyst (toll records)
42. FBI CART Agent
43. OIG-HHS CART Agent

Dated: June 26, 2023

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

GLENN S. LEON
CHIEF, FRAUD SECTION
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

By: *Patrick J. Queenan*
Patrick J. Queenan
FL Special Bar No. A5502715
Reginald Cuyler Jr.

                                          Florida Bar No. 0114062
                                        Andrew Tamayo
                                        FL Special Bar No. A5502970
                                        Trial Attorneys
                                        U.S. Department of Justice
                                        Criminal Division, Fraud Section
                                        1400 New York Avenue, N.W.
                                        Washington, D.C. 20005
                                        patrick.queenan@usdoj.gov
                                        reginald.cuyler.jr@usdoj.gov
                                        andrew.tamayo@usdoj.gov
                                        Phone: (202) 875-0326 (Queenan)
                                        Phone: (202) 748-3024 (Cuyler)
                                        Phone: (202) 794-4211 (Tamayo)

## CERTIFICATE OF SERVICE

I hereby certify that, on June 26, 2023, I caused the above Witness List to be filed electronically via CM/ECF and served on all counsel of record.

                                        */s/ Patrick J. Queenan*
                                        Patrick J. Queenan
                                        Trial Attorney
                                        U.S. Department of Justice