**DECLARATION**
**Case No. : FGJ-19-03-MIA, LCM-013**

Tamara E Wooddall, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.

3. I am a  Transactions Specialist III  and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Fort Worth, Texas.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Banks's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

7. Total page count is 197 .

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated: 05/11/2021

By: *Tamara E Wooddall*

Tamara E Wooddall
Transactions Specialist III
JPMORGAN CHASE BANK, N.A.

SB1222737-F2

Subp74a

## DECLARATION

### Case No. : FGJ-19-03-MIA, LCM-013

Kaye Sutton, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.


Dated: 05/13/2021

By: _____
      Kaye Sutton
      Transactions Specialist III
      JPMORGAN CHASE BANK, N.A.


SB1222737-F1


SUBP10a

**CERTIFICATION OF DOMESTIC RECORDS**
**OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned hereby declares, certifies, verifies, and states the following:

1. The declarant listed below is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification;

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification ~~are Bates numbered~~ Contain 71 pages.

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, and state, under penalty of perjury, that the foregoing is true and correct.*

_Nancy Pennella_
Signature of Declarant

_Nancy Pennella_
Printed Name

_Legal Specialist_
Title

_ADP, Inc_
Company Name

_One ADP Blvd Roseland NJ 07068_
Business Address

_5/28/21_
Date of Declaration/Execution

DOJ_LCM_0000015591



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: (480) 724-2000

# BUSINESS RECORDS DECLARATION

I, Ashley Smith, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.   I certify that the attached records:

A)   Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)   It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C)   The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 25005609

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---:|---:|
| Large Currency | XXXXXX9651 | 0 | 0 |
| Unable to locate currency transaction reports for provided individual entity ALPHA MEDICAL SUPPLY LLC | | | |
| Checks/Debits | XXXXXX9651 | 26 | 26 |
| Wire Automated | XXXXXX9651 | 140 | 140 |
| Signature Cards | XXXXXX9651 | 5 | 5 |
| Statements | XXXXXX9651 | 65 | 65 |
| SARS | | 0 | 0 |
| Note to Client Unable to locate SARS for Alpha Medical Supply LLC. | | | |
| Note to Client | | 0 | 0 |
| UNABLE TO LOCATE METROPOLIS UNLIMITED, LLC FOR REQUESTED TIME FRAME. | | | |
| Deposits with offsets | XXXXXX9651 | 733 | 733 |
| | | Total Copies Delivered: | **969** |

**Additional comments:**

The bank's standard record retention period is seven years.

Case No: 25005609; Agency Case No: FGJ1903MIA

DOJ_LCM_0000009168

I declare under penalty of perjury under the law(s) of the state of Florida that the foregoing is true and correct according to my knowledge and belief.   Executed on this 15th day of April, 2021, in the City of Charlotte, State of NORTH CAROLINA.

_Ashley Smith_
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.



Summons and Subpoenas Department
PO Box 1415 MAC #D111-016
Charlotte, NC 28201
Voice: (480) 724-2000

# BUSINESS RECORDS DECLARATION

I, Tonya Smith, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.   I certify that the attached records:

A)   Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)   It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C)   The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 25073485

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Wire Automated | XXXXXX3287 | 1 | 1 |
| Wire Automated | XXXXXX3778 | 0 | 0 |
| Unable to locate wires for time frame requested. | | | |
| Checks/Debits | XXXXXX3783 | 1 | 1 |
| Checks/Debits | XXXXXX3497 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX3602 | 3 | 3 |
| Checks/Debits | XXXXXX3778 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX3778 | 2 | 2 |
| Checks/Debits | XXXXXX1932 | 1 | 1 |
| Deposits with offsets | XXXXXX7401 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Large Currency | XXXXXX3778 | 0 | 0 |
| Note to Client Unable to locate currency transaction reports for FRANCESCO MAMONE. | | | |
| Deposits with offsets | XXXXXX6914 | 5 | 5 |
| Large Currency | XXXXXX9198 | 0 | 0 |

Case No: 25073485; Agency Case No: fgj1903mia

DOJ_LCM_0000017897

Note to Client Unable to locate
currency transaction reports for
GATEWAY FREIGHT GROUP LLC.

| | | | |
|---|---|---|---|
| Checks/Debits | XXXXXX9307 | 100 | 100 |
| Large Currency | XXXXXX3497 | 0 | 0 |

Note to Client Unable to locate
currency transaction reports for
FREIGHT CONNECTED GROUP,
INC..

| | | | |
|---|---|---|---|
| Checks/Debits | XXXXXX7385 | 22 | 22 |
| Deposits with offsets | XXXXXX4483 | 2 | 2 |
| Large Currency | XXXXXX8207 | 0 | 0 |

Note to Client Unable to locate
currency transaction reports for
PRESTIGE BUSINESS
DEVELOPMENT GROUP.

| | | | |
|---|---|---|---|
| Wire Automated | XXXXXX7814 | 7 | 7 |
| Deposits with offsets | XXXXXX4633 | 337 | 337 |
| Deposits with offsets | XXXXXX9651 | 733 | 733 |
| Checks/Debits | XXXXXX4020 | 509 | 509 |
| Checks/Debits | XXXXXX6516 | 287 | 287 |
| Wire Automated | XXXXXX3783 | 9 | 9 |
| Deposits with offsets | XXXXXX3783 | 18 | 18 |
| Checks/Debits | XXXXXX6914 | 6 | 6 |
| XCC Applications | XXXXXXXXXXXX1442 | 0 | 0 |

Refer to account ending 7662 for
application.

| | | | |
|---|---|---|---|
| Wire Automated | XXXXXX0535 | 0 | 0 |

Unable to locate wires for time frame
requested.

| | | | |
|---|---|---|---|
| Credit Card Statements | XXXXXXXXXXXX8674 | 4 | 4 |
| Large Currency | XXXXXX1924 | 4 | 4 |
| Wire Automated | XXXXXX5989 | 0 | 0 |

Unable to locate wires for time frame
requested.

| | | | |
|---|---|---|---|
| Deposits with offsets | XXXXXX1932 | 3 | 3 |
| Credit Card Statements | XXXXXXXXXXXX5304 | 4 | 4 |
| Large Currency | XXXXXX6199 | 0 | 0 |

Note to Client Unable to locate
currency transaction reports for M&L
MEDICAL SUPPLY CORP.

| | | | |
|---|---|---|---|
| Large Currency | XXXXXX2202 | 0 | 0 |

Note to Client  Unable to locate
currency transaction reports for
provided individual/entity (PREMIER
CARE MEDICAL SUPPLY INC).

| | | | |
|---|---|---|---|
| XCC Applications | XXXXXXXXXXXX5304 | 7 | 7 |
| Deposits with offsets | XXXXXX9217 | 0 | 0 |

All transactions requested are electronic and no images are available

| | | | |
|---|---|---|---|
| Wire Automated | XXXXXX8207 | 0 | 0 |

Unable to locate wires for time frame requested.

| | | | |
|---|---|---|---|
| Large Currency | XXXXXX3809 | 0 | 0 |

Note to Client Unable to locate currency transaction reports for provided individual/entity (SE HEALTH MARKETING GROUP INC).

| | | | |
|---|---|---|---|
| Deposits with offsets | XXXXXX6077 | 0 | 0 |

All transactions requested are electronic and no images are available

| | | | |
|---|---|---|---|
| Deposits with offsets | XXXXXX8744 | 1 | 1 |
| Deposits with offsets | XXXXXX7393 | 8 | 8 |
| Large Currency | XXXXXX0983 | 0 | 0 |

Note to Client Unable to locate currency transaction reports for provided individual/entity (RITE WAY GLOBAL LOGISTICS LLC).

| | | | |
|---|---|---|---|
| Deposits with offsets | XXXXXX1924 | 43 | 43 |
| Large Currency | XXXXXX9217 | 0 | 0 |

Note to Client Unable to locate currency transaction reports for provided individual/entity (FREIGHT CONNECTION USA INC).

| | | | |
|---|---|---|---|
| Deposits with offsets | XXXXXX7814 | 41 | 41 |
| Large Currency | XXXXXX7858 | 0 | 0 |

Note to Client Unable to locate currency transaction reports for provided individual/entity (JOSEPH V MAMONE).

| | | | |
|---|---|---|---|
| Wire Automated | XXXXXX1924 | 52 | 52 |
| Wire Automated | XXXXXX6516 | 38 | 38 |
| Wire Automated | XXXXXX0696 | 32 | 32 |
| Wire Automated | XXXXXX8744 | 1 | 1 |
| Deposits with offsets | XXXXXX2202 | 0 | 0 |

Unable to locate deposits for time frame requested.

| | | | |
|---|---|---|---|
| Deposits with offsets | XXXXXX9307 | 16 | 16 |
| Deposits with offsets | XXXXXX9964 | 0 | 0 |

All transactions requested are electronic and no images are available

| | | | |
|---|---|---|---|
| Wire Automated | XXXXXX7005 | 17 | 17 |
| Checks/Debits | XXXXXX5989 | 1 | 1 |
| Deposits with offsets | XXXXXX6516 | 28 | 28 |
| XCC Applications | XXXXXXXXXXX7662 | 2 | 2 |

| | | | |
|---|---|---|---|
| Checks/Debits | XXXXXX4633 | 6 | 6 |
| Checks/Debits | XXXXXX6199 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX9964 | 0 | 0 |
| Unable to locate wires for time frame requested. | | | |
| Wire Automated | XXXXXX3809 | 0 | 0 |
| Unable to locate wires for time frame requested. | | | |
| Wire Automated | XXXXXX4020 | 23 | 23 |
| Large Currency | XXXXXX7385 | 0 | 0 |
| Note to Client Unable to locate currency transaction reports for provided individual/entity (EXPO VAN LINES, LLC). | | | |
| Large Currency | XXXXXX9651 | 0 | 0 |
| Unable to locate currency transaction reports for provided individual/entity (ALPHA MEDICAL SUPPLY LLC). | | | |
| Deposits with offsets | XXXXXX7385 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX7858 | 42 | 42 |
| Wire Automated | XXXXXX7385 | 0 | 0 |
| Unable to locate wires for time frame requested. | | | |
| Deposits with offsets | XXXXXX6192 | 10 | 10 |
| Credit Card Statements | XXXXXXXXXXXX2526 | 86 | 86 |
| Checks/Debits | XXXXXX0983 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX0696 | 4 | 4 |
| Wire Automated | XXXXXX6192 | 28 | 28 |
| Wire Automated | XXXXXX1932 | 0 | 0 |
| Unable to locate wires for time frame requested. | | | |
| Wire Automated | XXXXXX6077 | 0 | 0 |
| Unable to locate wires for time frame requested. | | | |
| Deposits with offsets | XXXXXX5989 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX3602 | 0 | 0 |

| | | | |
|---|---|---|---|
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX7858 | 45 | 45 |
| Checks/Debits | XXXXXX6192 | 101 | 101 |
| Checks/Debits | XXXXXX9198 | 1 | 1 |
| Checks/Debits | XXXXXX2202 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX3497 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX7123 | 0 | 0 |
| Unable to locate wires for time frame requested. | | | |
| Checks/Debits | XXXXXX0535 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX4483 | 0 | 0 |
| Unable to locate wires for time frame requested. | | | |
| Large Currency | XXXXXX0696 | 0 | 0 |
| Unable to locate currency transaction reports for provided individual/entity (NEXGENETIX LLC). | | | |
| Large Currency | XXXXXX5989 | 0 | 0 |
| Unable to locate currency transaction reports for provided individual/entity (BRITTANY L BUCCIERI). | | | |
| Checks/Debits | XXXXXX9964 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX6199 | 0 | 0 |
| Unable to locate wires for time frame requested. | | | |
| Deposits with offsets | XXXXXX9719 | 27 | 27 |
| Deposits with offsets | XXXXXX8207 | 5 | 5 |
| Deposits with offsets | XXXXXX0983 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX7393 | 1 | 1 |
| Deposits with offsets | XXXXXX7005 | 108 | 108 |
| Credit Card Statements | XXXXXXXXXXXX1442 | 14 | 14 |
| Wire Automated | XXXXXX9651 | 140 | 140 |

| | | | |
|---|---|---|---|
| Checks/Debits | XXXXXX0696 | 3 | 3 |
| Checks/Debits | XXXXXX7858 | 4 | 4 |
| Checks/Debits | XXXXXX4483 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX3287 | 4 | 4 |
| Wire Automated | XXXXXX4633 | 60 | 60 |
| Large Currency | XXXXXX6516 | 0 | 0 |
| Unable to locate currency transaction reports for provided individual/entity (FREIGHT MASTERS USA, INC.). | | | |
| Wire Automated | XXXXXX9217 | 0 | 0 |
| Unable to locate wires for time frame requested. | | | |
| Wire Automated | XXXXXX6914 | 9 | 9 |
| Wire Automated | XXXXXX9198 | 0 | 0 |
| Unable to locate wires for time frame requested. | | | |
| Large Currency | XXXXXX4633 | 0 | 0 |
| Unable to locate currency transaction reports for provided individual/entity (NIKKI S MAMONE). | | | |
| Checks/Debits | XXXXXX8207 | 2 | 2 |
| SARS | | 6 | 6 |
| | | | |
| Large Currency | XXXXXX1932 | 2 | 2 |
| Deposits with offsets | XXXXXX3602 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX7123 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX1924 | 5 | 5 |
| Checks/Debits | XXXXXX7123 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX4020 | 71 | 71 |
| Wire Automated | XXXXXX7401 | 0 | 0 |
| Unable to locate wires for time frame requested. | | | |
| Checks/Debits | XXXXXX7005 | 308 | 308 |
| Wire Automated | XXXXXX9307 | 15 | 15 |
| Wire Automated | XXXXXX2202 | 0 | 0 |

Case No: 25073485; Agency Case No: fgj1903mia

DOJ_LCM_0000017902

| | | | |
|---|---|---|---|
| Unable to locate wires for time frame requested. | | | |
| Checks/Debits | XXXXXX3809 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX9964 | 0 | 0 |
| This account is included with statements for account XXXXXX7123 | | | |
| Checks/Debits | XXXXXX3287 | 4 | 4 |
| Large Currency | XXXXXX9964 | 0 | 0 |
| Unable to locate currency transaction reports for provided individual/entity (FREIGHT CONNECTION INC). | | | |
| Checks/Debits | XXXXXX6077 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX3497 | 0 | 0 |
| Unable to locate wires for time frame requested. | | | |
| Deposits with offsets | XXXXXX3809 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX9719 | 770 | 770 |
| Checks/Debits | XXXXXX7393 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX8744 | 10 | 10 |
| Deposits with offsets | XXXXXX6199 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Credit Card Statements | XXXXXXXXXXXX9438 | 48 | 48 |
| Deposits with offsets | XXXXXX0535 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX7401 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX0983 | 1 | 1 |
| Checks/Debits | XXXXXX9651 | 26 | 26 |
| Checks/Debits | XXXXXX9719 | 71 | 71 |
| Checks/Debits | XXXXXX7814 | 24 | 24 |
| Credit Card Statements | XXXXXXXXXXXX7662 | 70 | 70 |

Case No: 25073485; Agency Case No: fgj1903mia

DOJ_LCM_0000017903

| Checks/Debits | XXXXXX9217 | 5 | 5 |
| Large Currency | XXXXXX7814 | 2 | 2 |
| Large Currency | XXXXXX6914 | 0 | 0 |
| Note to Client Unable to locate currency transaction reports for ZINA HOLDINGS LLC. | | | |

**Total Copies Delivered:** **4,506**

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Florida that the foregoing is true and correct according to my knowledge and belief.   Executed on this 25th day of May, 2021, in the City of Charlotte, State of NORTH CAROLINA.

_Tonya Smith_
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 25073485; Agency Case No: fgj1903mia

DOJ_LCM_0000017904



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: (480) 724-2000

# BUSINESS RECORDS DECLARATION

I, Tonya Smith, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.   I certify that the attached records:

A)   Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)   It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C)   The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 25073485

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---:|---:|
| Statements | XXXXXX2202 | 9 | 9 |
| Statements | XXXXXX9198 | 3 | 3 |
| Statements | XXXXXX5989 | 3 | 3 |
| Statements | XXXXXX7393 | 11 | 11 |
| Statements | XXXXXX1924 | 101 | 101 |
| Statements | XXXXXX3809 | 11 | 11 |
| Statements | XXXXXX9719 | 18 | 18 |
| Statements | XXXXXX6914 | 3 | 3 |
| Statements | XXXXXX6516 | 76 | 76 |
| Statements | XXXXXX4020 | 110 | 110 |
| Statements | XXXXXX7814 | 5 | 5 |
| Statements | XXXXXX0696 | 5 | 5 |
| Statements | XXXXXX1932 | 0 | 0 |
| statements are combined with acct ending 1924 | | | |
| Statements | XXXXXX6914 | 78 | 78 |
| Statements | XXXXXX0983 | 3 | 3 |
| Statements | XXXXXX9651 | 65 | 65 |
| Statements | XXXXXX8744 | 24 | 24 |
| Statements | XXXXXX3778 | 49 | 49 |
| Statements | XXXXXX3287 | 32 | 32 |
| Statements | XXXXXX7005 | 87 | 87 |
| Statements | XXXXXX9307 | 156 | 156 |
| Statements | XXXXXX7858 | 148 | 148 |
| Statements | XXXXXX7123 | 141 | 141 |

Case No: 25073485; Agency Case No: fgj1903mia

DOJ_LCM_0000017905

| Statements | XXXXXX0535 | 23 | 23 |
|---|---|---|---|
| Statements | XXXXXX6077 | 0 | 0 |
| Statements are combined with acct ending 4020 and 6516 | | | |
| Statements | XXXXXX3497 | 9 | 9 |
| Statements | XXXXXX0696 | 15 | 15 |
| Statements | XXXXXX6199 | 20 | 20 |
| Statements | XXXXXX3602 | 20 | 20 |
| Deposits with offsets | XXXXXX9198 | 2 | 2 |
| Statements | XXXXXX7385 | 8 | 8 |
| Statements | XXXXXX7401 | 3 | 3 |
| Statements | XXXXXX9217 | 23 | 23 |
| Statements | XXXXXX7393 | 10 | 10 |
| Statements | XXXXXX9198 | 16 | 16 |
| Statements | XXXXXX8207 | 4 | 4 |
| Statements | XXXXXX7401 | 7 | 7 |
| Statements | XXXXXX8207 | 18 | 18 |
| Statements | XXXXXX4633 | 6 | 6 |
| Statements | XXXXXX1924 | 7 | 7 |
| Statements | XXXXXX4483 | 22 | 22 |
| Statements | XXXXXX6192 | 91 | 91 |
| Statements | XXXXXX3783 | 63 | 63 |
| Statements | XXXXXX5989 | 72 | 72 |
| Statements | XXXXXX0983 | 43 | 43 |
| Statements | XXXXXX9307 | 6 | 6 |
| Statements | XXXXXX4633 | 192 | 192 |
| Statements | XXXXXX7814 | 119 | 119 |
| Statements | XXXXXX7385 | 5 | 5 |
| Statements | XXXXXX9719 | 212 | 212 |
| | | **Total Copies Delivered:** | **2,154** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Florida that the foregoing is true and correct according to my knowledge and belief.   Executed on this 15th day of June, 2021, in the City of Charlotte, State of NORTH CAROLINA.

*Tonya Smith*

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 25073485; Agency Case No: fgj1903mia

DOJ_LCM_0000017906

RE:     **FGJ -LCM-002**

# TD Bank Records Certification

The undersigned declarant hereby declares, certifies and verifies the following:

1.  The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2.  The records are original or a true copy of the original records in the custody of TD Bank;

3.  The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4.  The records were kept in the course of a regularly conducted business activity of TD Bank; and

5.  The records were produced by TD Bank as a regular practice.

*I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

Roberta Guillory
Research Clerk

TD BANK, NA

April 23, 2021
Date of Declaration/Execution

DOJ_LCM_0000004141

RE:  FGJ-LCM-054

**<u>TD Bank Records Certification</u>**

The undersigned declarant hereby declares, certifies and verifies the following:

1.  The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2.  The records are original or a true copy of the original records in the custody of TD Bank;

3.  The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4.  The records were kept in the course of a regularly conducted business activity of TD Bank; and

5.  The records were produced by TD Bank as a regular practice.

***I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.***


_____
Signature of Declarant


Mamie Drane
Research Clerk II

TD BANK, NA
Subpoena Processing

November 30, 2021

Internal

DOJ_LCM_0000183340

## DECLARATION

### Case No. : FGJ-19-03-MIA, LCM-001

Caronetta Y Williams, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.

3. I am a  Transactions Specialist III  and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Fort Worth, Texas.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated: 3/24/2021

By: _Caronetta Y. Williams_
Caronetta Y Williams
Transactions Specialist III
JPMORGAN CHASE BANK, N.A.

SB1212633-F1

SUBP52a

## DECLARATION
### Case No. : FGJ-19-03-MIA, LCM-001

Christopher J Swatts, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a  Transactions Specialist III  and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as in the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

7. Total page count is 4 .

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated:_04/16/2021_____

By: _Christopher J Swatts_
    Christopher J Swatts
    Transactions Specialist III
    JPMORGAN CHASE BANK, N.A.

SB1212633-F2

Subp75a

# DECLARATION

## Case No. : FGJ 21-01 (MIA), LCM-0186

Kaye Sutton, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 01/18/2022 _____

By: _____
Kaye Sutton
Transactions Specialist III
JPMORGAN CHASE BANK, N.A.

SB1291627-F1

SUBP10a

**DECLARATION**
**Case No. : FGJ-19-03-MIA, LCM-001**

Suzanne L Story, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a  Transactions Specialist IV  and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as in the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

7. Total page count is 4 .

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 1/12/2022

By: _Suzanne L Story_

Suzanne L Story
Transactions Specialist IV
JPMORGAN CHASE BANK, N.A.

SB1212633-F4

Subp75a

## DECLARATION

### Case No. : FGJ-19-03-MIA, LCM-001

Caronetta Y Williams, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.

3. I am a  Transactions Specialist III  and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Fort Worth, Texas.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated: 3/24/2021 _____

By: _Caronetta Y. Williams_

    Caronetta Y Williams
    Transactions Specialist III
    JPMORGAN CHASE BANK, N.A.

SB1212633-F1

SUBP52a

## DECLARATION
### Case No. : FGJ-19-03-MIA, LCM-001

Christopher J Swatts, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a  Transactions Specialist III  and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as in the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

7. Total page count is 4 .

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated:_04/16/2021_____

By: _Christopher J Swatts_
    Christopher J Swatts
    Transactions Specialist III
    JPMORGAN CHASE BANK, N.A.

SB1212633-F2

Subp75a

DOJ_LCM_0000000002

## DECLARATION
### Case No. : FGJ-19-03-MIA, LCM-001

Anthony J Gugliuzza, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a  Transactions Specialist III  and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as in the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

7. Total page count is 2,027 .

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 10/01/2021

By: *Anthony J. Gugliuzza*
Anthony J Gugliuzza
Transactions Specialist III
JPMORGAN CHASE BANK, N.A.

SB1212633-F3

Subp75a

**DECLARATION**
**Case No. : FGJ 21-01 (MIA); LCM-025**


Anthony J Gugliuzza, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a  Transactions Specialist III  and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as in the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

7. Total page count is 18 .


I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.


Dated: 10/14/2021

By: *Anthony J. Gugliuzza*
    Anthony J Gugliuzza
    Transactions Specialist III
    JPMORGAN CHASE BANK, N.A.


SB1234424-F2


                                    Subp75a


DOJ_LCM_0000030018

**CERTIFICATION OF DOMESTIC RECORDS**
**OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned hereby declares, certifies, verifies, and states the following:

1.     The declarant listed below is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification;

2.     The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are Bates numbered  1-1180    ;

3.     The records are originals or duplicate copies of domestic (United States) business records;

4.     The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.     The records were kept in the course of a regularly conducted business activity; and

6.     The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, and state, under penalty of perjury, that the foregoing is true and correct.*

Signature of Declarant

Joshua Greenberg
Printed Name

Operations Analyst
Title

SunTrust now Truist
Company Name

7455 Chancellor Dr. Orlando FL, 32809
Business Address

04/15/2021
Date of Declaration/Execution

**CERTIFICATION OF DOMESTIC RECORDS**
**OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned hereby declares, certifies, verifies, and states the following:

1. The declarant listed below is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification;

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are Bates numbered _____;

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, and state, under penalty of perjury, that the foregoing is true and correct.*

Signature of Declarant

Angelica Gonzales
Printed Name

Financial Crimes Analyst
Title

Truist Bank
Company Name
7455 Chancellor Dr.
Orlando FL 32809
Business Address

06/10/2021
Date of Declaration/Execution

**CERTIFICATION OF DOMESTIC RECORDS
OF REGULARLY CONDUCTED ACTIVITY
Pursuant to Fed. R. Evidence 902(11)**

The undersigned hereby declares, certifies, verifies, and states the following:

1.  The declarant listed below is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification;

2.  The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are Bates numbered _____;

3.  The records are originals or duplicate copies of domestic (United States) business records;

4.  The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.  The records were kept in the course of a regularly conducted business activity; and

6.  The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, and state, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

Angelica Gonzales
Printed Name

Operations Analyst
Title

Twist Bank
Company Name

7455 Chancellor Dr. Orlando FL. 32807
Business Address

10/25/2021
Date of Declaration/Execution

DOJ_LCM_0000031984

Bank of America Legal Order Processing
Regarding reference number: D040621000498
Court case number: FGJ-19-03-MIA
Court or issuer: U.S. DEPARTMENT OF
JUSTICE
Court case name: T&T CREATIONS OF
FLORIDA

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) Authority. I, Andrew Baum, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) Records. The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| T&T CREATIONS OF FLORIDA LLC | 1498 | Debits, Statement Pages, Signature Card, Corporate Resolutions, Deposits, Offsets, Cashier's Checks, Wires | 04/2019 - 07/2020 |
| HORIZON MEDICAL SUPPLY | 4079 | Debits, Statement Pages, Signature Card, Corporate Resolutions, Deposits, Offsets, Wires | 06/2019 - 11/2020 |
| TRUE MEDICAL HEALTHCARE SERVICES LLC | 3590 | Debits, Statement Pages, Signature Card, Corporate Resolutions, Deposits, Offsets, Wires | 12/2019 - 03/2021 |
| TRUE MEDICAL HEALTHCARE SERVICES LLC | 5797 | Statement Pages, Signature Card, Corporate Resolutions, Deposits, Offsets | 12/2019 - 03/2021 |
| GULF MARKETING GROUP INC. | 0526 | Statement Pages, Signature Card, Corporate Resolutions, Deposits, Offsets, Wires | 01/2020 - 02/2021 |
| GULF MARKETING GROUP INC. | 9169 | Debits, Statement Pages, Signature Card, Corporate Resolutions, Deposits, Offsets | 07/2019 - 01/2020 |
| EMPIRE LIMITED MARKETING INC. | 4666 | Statement Pages, Signature Card, Corporate Resolutions, Deposits, Offsets, Cashier's Checks, Wires | 05/2020 - 02/2021 |
| HEALTHRECON CONNECT LLC | 9022 | Statement Pages | 10/2020 - 03/2021 |
| HEALTHRECON CONNECT LLC | 4726 | Debits, Statement Pages, Signature Card, Corporate Resolutions, Deposits, Offsets, Wires | 10/2020 - 03/2021 |
| HEALTHRECON CONNECT LLC | 4894 | Statement Pages, Signature Card, Corporate Resolutions | 10/2020 - 03/2021 |

3.) Production.
  X      The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                                  OR
          A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date:___04/20/2021_____ Signature:___Andrew Baum_____

Andrew Baum
Digitally signed by Andrew Baum
Date: 2021.04.20 15:03:07 -04'00'

DOJ_LCM_0000012807

## DECLARATION
### Case No. : FGJ 21-01 (MIA); LCM-025

Anthony J Gugliuzza, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a  Transactions Specialist III  and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as in the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

7. Total page count is 3,973 .

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 06/25/2021

By: _Anthony J. Gugliuzza_
Anthony J Gugliuzza
Transactions Specialist III
JPMORGAN CHASE BANK, N.A.

SB1234424-F1

Subp75a

DOJ_LCM_0000026000

**DECLARATION**
**Case No. : FGJ 21-01 (MIA); LCM-025**

Anthony J Gugliuzza, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a  Transactions Specialist III  and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as in the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

7. Total page count is 18 .

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 10/14/2021

By: _Anthony J. Gugliuzza_
     Anthony J Gugliuzza
     Transactions Specialist III
     JPMORGAN CHASE BANK, N.A.

SB1234424-F2

Subp75a

**DECLARATION**
**Case No. : FGJ 21-01 (MIA); LCM-025**

Shannon N Wilson, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a  Transactions Specialist III  and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as in the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

7. Total page count is 188 .

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated:___12/30/21_____

By:_*Shannon N Wilson*_
    Shannon N Wilson
    Transactions Specialist III
    JPMORGAN CHASE BANK, N.A.

SB1234424-F3

Subp75a

## **DECLARATION**

### **Case No. : FGJ-19-03-MIA, LCM-019**

Tykeisha Washington, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist IV and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: May 19, 2021

By:  *TyKeisha Washington*
_____
    Tykeisha Washington
    Transactions Specialist IV
    JPMORGAN CHASE BANK, N.A.

SB1225404-F1

SUBP10a

DOJ_LCM_0000275782



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

# BUSINESS RECORDS DECLARATION

I, Klarisa Rodriguez, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 25393813

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Checks Only | XXXXXX9746 | 19 | 19 |
| WFAuto Statements | XXXXXX3801 | 0 | 0 |
| Unable to locate any statements for the time frame requested. | | | |
| Deposits with offsets | XXXXXX9746 | 40 | 40 |
| Statements | XXXXXX9746 | 18 | 18 |
| Large Currency | XXXXXX9746 | 0 | 0 |
| Unable to locate large currency for the time frame requested. | | | |
| Signature Cards | XXXXXX4187 | 4 | 4 |
| SARS | | 0 | 0 |
| Unable to locate SARS for the time frame requested | | | |
| Signature Cards | XXXXXX9746 | 5 | 5 |
| Statements | XXXXXX4187 | 22 | 22 |
| Wire Automated | XXXXXX9746 | 40 | 40 |
| Deposits with offsets | XXXXXX4187 | 6 | 6 |
| WFAuto Contract | XXXXXX3801 | 6 | 6 |
| Large Currency | XXXXXX4187 | 0 | 0 |
| Unable to locate large currency for the time frame requested. | | | |
| Checks Only | XXXXXX4187 | 0 | 0 |
| No records found with the information provided | | | |
| Wire Automated | XXXXXX4187 | 0 | 0 |

Case No: 25393813; Agency Case No: fgj2101

DOJ_LCM_0000036464

Unable to locate records with the
information provided.

**Total Copies Delivered:**    **160**

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Florida that the foregoing is true and correct according to my knowledge and belief.   Executed on this 23rd day of July, 2021, in the City of Tempe, State of ARIZONA.

_____

Custodian/Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

DOJ_LCM_0000036465

---



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

# BUSINESS RECORDS DECLARATION

I, Armando Soto, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.   I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 25726792

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Statements | XXXXXX1067 | 134 | 134 |
| Checks/Debits | XXXXXX4187 | 1 | 1 |
| Wire Automated | XXXXXX9746 | 50 | 50 |
| Deposits with offsets | XXXXXX8927 | 94 | 94 |
| Wire Automated | XXXXXX1067 | 1 | 1 |
| Statements | XXXXXX4187 | 47 | 47 |
| Checks/Debits | XXXXXX8927 | 410 | 410 |
| Statements | XXXXXX2408 | 96 | 96 |
| Signature Cards | XXXXXX1067 | 3 | 3 |
| Statements | XXXXXX1067 | 5 | 5 |
| Deposits with offsets | XXXXXX9746 | 42 | 42 |
| Statements | XXXXXX3560 | 18 | 18 |
| Signature Cards | XXXXXX5091 | 5 | 5 |
| Deposits with offsets | XXXXXX3560 | 4 | 4 |
| Wire Automated | XXXXXX5091 | 108 | 108 |
| Checks/Debits | XXXXXX2408 | 3 | 3 |
| Credit Card Statements | XXXXXXXXXX9082 | 4 | 4 |
| Wire Automated | XXXXXX2408 | 4 | 4 |
| Deposits with offsets | XXXXXX1067 | 64 | 64 |
| Deposits with offsets | XXXXXX5091 | 18 | 18 |
| Checks/Debits | XXXXXX5091 | 117 | 117 |
| Credit Card Statements | XXXXXXXXXX3640 | 146 | 146 |
| Wire Automated | XXXXXX3560 | 5 | 5 |
| Statements | XXXXXX9746 | 35 | 35 |
| Checks/Debits | XXXXXX3560 | 1 | 1 |

Case No: 25726792; Agency Case No: LCM0162

DOJ_LCM_0000185495

| | | | |
|---|---|---|---|
| Deposits with offsets | XXXXXX4187 | 10 | 10 |
| Statements | XXXXXX8927 | 125 | 125 |
| Wire Automated | XXXXXX8927 | 409 | 409 |
| Checks/Debits | XXXXXX9746 | 32 | 32 |
| Statements | XXXXXX5091 | 35 | 35 |
| WFAuto Contract | XXXXXX3801 | 6 | 6 |
| Wire Automated | XXXXXX4187 | 2 | 2 |
| WFAuto Statements | XXXXXX3801 | 1 | 1 |
| Checks/Debits | XXXXXX1067 | 70 | 70 |
| Deposits with offsets | XXXXXX2408 | 21 | 21 |
| Signature Cards | XXXXXX2408 | 0 | 0 |
| Signature card combined with account ending in 1067. | | | |
| Signature Cards | XXXXXX8927 | 5 | 5 |
| Statements | XXXXXX9746 | 6 | 6 |
| Signature Cards | XXXXXX9746 | 5 | 5 |
| Signature Cards | XXXXXX4187 | 4 | 4 |
| Signature Cards | XXXXXX3560 | 6 | 6 |
| Credit Card Statements | XXXXXXXXXXX0586 | 178 | 178 |
| | | **Total Copies Delivered:** | **2,330** |

Additional comments: Applications for credit cards ending in 0586, 3640, and 9082 was submitted electronically, no images available. Unable to locate any accounts for Metropolis Unlimited LLC with the information provided.

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Florida that the foregoing is true and correct according to my knowledge and belief.   Executed on this 20th day of October, 2021, in the City of Tempe, State of ARIZONA.

_____

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

DOJ_LCM_0000185496



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

## BUSINESS RECORDS DECLARATION

I, Mathew Jones, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.   I certify that the attached records:

A)   Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)   It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C)   The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 26516398

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Large Currency | XXXXXX9746 | 0 | 0 |
| Unable to Locate any Currency Transaction Reports for MC MISSION INC during the timeframe requested. | | | |
| Deposits with offsets | XXXXXX7751 | 354 | 354 |
| Wire Automated | XXXXXX7751 | 160 | 160 |
| Checks/Debits | XXXXXX7751 | 52 | 52 |
| Wire Automated | XXXXXX9746 | 52 | 52 |
| Statements | XXXXXX9746 | 77 | 77 |
| Signature Cards | XXXXXX7751 | 5 | 5 |
| Large Currency | XXXXXX7751 | 15 | 15 |
| Deposits with offsets | XXXXXX9746 | 42 | 42 |
| Checks/Debits | XXXXXX9746 | 60 | 60 |
| Signature Cards | XXXXXX9746 | 5 | 5 |
| Statements | XXXXXX7751 | 238 | 238 |
| | | **Total Copies Delivered:** | **1,060** |

**Additional comments:**

The bank's standard record retention period is seven years.

Case No: 26516398; Agency Case No: fgj2101

DOJ_LCM_000108558

I declare under penalty of perjury under the law(s) of the state of Florida that the foregoing is true and correct according to my knowledge and belief.   Executed on this 28th day of April, 2022, in the City of Tempe, State of ARIZONA.

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 26516398; Agency Case No: fgj2101

DOJ_LCM_000108559

RE:      **FGJ -LCM-002**

# TD Bank Records Certification

The undersigned declarant hereby declares, certifies and verifies the following:

1.  The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2.  The records are original or a true copy of the original records in the custody of TD Bank;

3.  The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4.  The records were kept in the course of a regularly conducted business activity of TD Bank; and

5.  The records were produced by TD Bank as a regular practice.

*I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

Roberta Guillory
Research Clerk

TD BANK, NA

April 23, 2021
Date of Declaration/Execution

Internal

RE: LCM-030

**TD Bank Records Certification**

The undersigned declarant hereby declares, certifies and verifies the following:

1.  The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2.  The records are original or a true copy of the original records in the custody of TD Bank;

3.  The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4.  The records were kept in the course of a regularly conducted business activity of TD Bank; and

5.  The records were produced by TD Bank as a regular practice.

*I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*

Signature of Declarant

Erin A. Kasperek

Research Clerk II

TD BANK, NA
Subpoena Processing

06/15/21

Internal

DOJ_LCM_0000030346

RE: LCM-030

**TD Bank Records Certification**

The undersigned declarant hereby declares, certifies and verifies the following:

1. The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2. The records are original or a true copy of the original records in the custody of TD Bank;

3. The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4. The records were kept in the course of a regularly conducted business activity of TD Bank; and

5. The records were produced by TD Bank as a regular practice.

*I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*

Signature of Declarant

Erin A. Kasperek

Research Clerk II

TD BANK, NA
Subpoena Processing

11/30/21

Internal

DOJ_LCM_0000030360

RE:  FGJ-LCM-054

**<u>TD Bank Records Certification</u>**

The undersigned declarant hereby declares, certifies and verifies the following:

1.  The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2.  The records are original or a true copy of the original records in the custody of TD Bank;

3.  The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4.  The records were kept in the course of a regularly conducted business activity of TD Bank; and

5.  The records were produced by TD Bank as a regular practice.

***I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.***

_____
Signature of Declarant


Mamie Drane
Research Clerk II

TD BANK, NA
Subpoena Processing

November 30, 2021

Internal

**CERTIFICATION OF DOMESTIC RECORDS**
**OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned hereby declares, certifies, verifies, and states the following:

1.   The declarant listed below is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification;

2.   The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are Bates numbered  1-1180              ;

3.   The records are originals or duplicate copies of domestic (United States) business records;

4.   The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.   The records were kept in the course of a regularly conducted business activity; and

6.   The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, and state, under penalty of perjury, that the foregoing is true and correct.*

Signature of Declarant

Joshua Greenberg
Printed Name

Operations Analyst
Title

SunTrust now Truist
Company Name

7455 Chancellor Dr. Orlando FL, 32809
Business Address

04/15/2021
Date of Declaration/Execution

**CERTIFICATION OF DOMESTIC RECORDS
OF REGULARLY CONDUCTED ACTIVITY
Pursuant to Fed. R. Evidence 902(11)**

The undersigned hereby declares, certifies, verifies, and states the following:

1. The declarant listed below is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification;

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are Bates numbered _____;

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, and state, under penalty of perjury, that the foregoing is true and correct.*

Signature of Declarant

Angelica Gonzales
Printed Name

Financial Crimes Analyst
Title

Truist Bank
Company Name
7455 Chancellor Dr.
Orlando FL 32809
Business Address

06/16/2021
Date of Declaration/Execution

**CERTIFICATION OF DOMESTIC RECORDS**
**OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned hereby declares, certifies, verifies, and states the following:

1. The declarant listed below is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification;

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are Bates numbered _____;

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, and state, under penalty of perjury, that the foregoing is true and correct.*

_A. Gonzales_
Signature of Declarant

_Angelica Gonzales_
Printed Name

_Operations Analyst_
Title

_Twist Bank_
Company Name

_7455 Chancellor Dr. Orlando FL. 32807_
Business Address

_10/25/2021_
Date of Declaration/Execution

DOJ_LCM_0000031984

RE:     **FGJ -LCM-002**

# TD Bank Records Certification

The undersigned declarant hereby declares, certifies and verifies the following:

1.  The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2.  The records are original or a true copy of the original records in the custody of TD Bank;

3.  The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4.  The records were kept in the course of a regularly conducted business activity of TD Bank; and

5.  The records were produced by TD Bank as a regular practice.

*I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

Roberta Guillory
Research Clerk

TD BANK, NA

April 23, 2021
Date of Declaration/Execution

Internal

RE:     **LCM -007**

# TD Bank Records Certification

The undersigned declarant hereby declares, certifies and verifies the following:

1. The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2. The records are original or a true copy of the original records in the custody of TD Bank;

3. The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4. The records were kept in the course of a regularly conducted business activity of TD Bank; and

5. The records were produced by TD Bank as a regular practice.

   *I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*

_____
                Signature of Declarant

                Roberta Guillory
                Research Clerk

                TD BANK, NA

                April 13, 2021
                Date of Declaration/Execution

Internal

DOJ_LCM_0000010140

RE:   **LCM-030**

# TD Bank Records Certification

The undersigned declarant hereby declares, certifies and verifies the following:

1. The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2. The records are original or a true copy of the original records in the custody of TD Bank;

3. The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4. The records were kept in the course of a regularly conducted business activity of TD Bank; and

5. The records were produced by TD Bank as a regular practice.

   *I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*

<br>

*Kristina Newton*
_____
Signature of Declarant

Kristina Newton

Research Clerk

TD BANK, NA

January 11, 2022
Date of Declaration/Execution

Internal

RE: LCM-030

**TD Bank Records Certification**

The undersigned declarant hereby declares, certifies and verifies the following:

1. The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2. The records are original or a true copy of the original records in the custody of TD Bank;

3. The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4. The records were kept in the course of a regularly conducted business activity of TD Bank; and

5. The records were produced by TD Bank as a regular practice.

*I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*

Signature of Declarant

Erin A. Kasperek

Research Clerk II

TD BANK, NA
Subpoena Processing

11/30/21

Internal



April 21, 2023

USDOJ
Attn: Ava Puntillo
1400 New York Ave NW
Washington DC 20005

**Re: Metropolis Unlimited, LLC et al**
     **Case No. 22-cr-80022-AMC**

Dear Ms. Puntillo,

Per your request, enclosed are the documents for the above referenced Summons. Our Certification is also included.

This information is to be used in response to this subpoena only in the matter of Metropolis Umlimited, LLC et al. This information should not be utilized, disseminated or shared for any other purpose whatsoever.  If you have any questions please contact me at 727-210-4349.

Sincerely,

Peggie Tischer
Deposit Operations

Enclosure
File: 23-093

P: 800-522-4100
PO BOX 17540
Clearwater, Florida 33762
valley.com

© 2021 Valley National Bank. Member FDIC. Equal Opportunity Lender. All Rights Reserved.

DOJ_LCM_000132812



## INVOICE

USDA
File #:    23-093

To:          USDOJ
             Attn: Ava Puntillo
             1400 New York Ave NW
             Washington DC,  20005

From:        Valley National Bank
             925 Allwood Road
             Clifton, NJ  07012
             Attn:  Lori E. Rooney
             Tax ID:  #22-1186387

Date of Invoice:   4/21/23
Due Date:          Pay Upon Receipt
Reference:         Metropolis Unlimited, LLC et al
                   Case No. 22-cr-80022-AMC

In connection with Valley National Bank's compliance with your recent subpoena calling for the production of certain financial records about the above listed person(s), Valley National Bank requires reimbursement from you for the following costs:

A. Reproductions/coping costs .25 per page or $15.00 thumb drive
B. Search and retrieval costs $2.50 per quarter hour (i.e. $10.00 per hour) for time spent by employees in locating, retrieving, reproducing, packaging and shipping document.

| A. Type of Financial Record Provided | Number of Copies Made | Amount |
|---|---|---|
| Records | x .25 | |
| Thumb Drive | $10.00 | 10.00 |
| B. Type of Action Taken | Total Time Spent | |
| Research Time | 2 HRS x 10.00 | $20.00 |
| Credit Amount Received: | | ( ) |
| TOTAL AMOUNT DUE FOR ALL COST INCURRED: | | $30.00 |

The total amount for all costs is due and payable in full by you immediately upon your receipt of this Invoice. Please send your payment to Valley National Bank at the address shown above.

DOJ_LCM_000132813

## CERTIFICATION OF DOMESTIC RECORDS
## OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned hereby declares, certifies, verifies, and states the following:

1. The declarant listed below is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification;

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are Bates numbered _____ 1 tdrive;

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, and state, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

Peggie Tischer
Printed Name

Deposit Ops. Specialist
Title

Valley Nat'l Bank
Company Name

4700 140th Ave N
Business Address  CLEARWATER, FL 33762

4.21.23
Date of Declaration/Execution

DOJ_LCM_000132814



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

# BUSINESS RECORDS DECLARATION

I, Tangie Harris, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.   I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 26098281

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Checks/Debits | XXXXXX2130 | 17 | 17 |
| Deposits with offsets | XXXXXX2130 | 37 | 37 |
| Signature Cards | XXXXXX2130 | 5 | 5 |
| Wire Automated | XXXXXX2130 | 306 | 306 |
| Statements | XXXXXX2130 | 79 | 79 |
| | | **Total Copies Delivered:** | **444** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Florida that the foregoing is true and correct according to my knowledge and belief.   Executed on this 21st day of January, 2022, in the City of Tempe, State of ARIZONA.

*Tangie Harris*
_____
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 26098281; Agency Case No: LCM0162

DOJ_LCM_0000184015



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

# BUSINESS RECORDS DECLARATION

I, Armando Soto, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.   I certify that the attached records:

A)   Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)   It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C)   The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 25726792

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Statements | XXXXXX1067 | 134 | 134 |
| Checks/Debits | XXXXXX4187 | 1 | 1 |
| Wire Automated | XXXXXX9746 | 50 | 50 |
| Deposits with offsets | XXXXXX8927 | 94 | 94 |
| Wire Automated | XXXXXX1067 | 1 | 1 |
| Statements | XXXXXX4187 | 47 | 47 |
| Checks/Debits | XXXXXX8927 | 410 | 410 |
| Statements | XXXXXX2408 | 96 | 96 |
| Signature Cards | XXXXXX1067 | 3 | 3 |
| Statements | XXXXXX1067 | 5 | 5 |
| Deposits with offsets | XXXXXX9746 | 42 | 42 |
| Statements | XXXXXX3560 | 18 | 18 |
| Signature Cards | XXXXXX5091 | 5 | 5 |
| Deposits with offsets | XXXXXX3560 | 4 | 4 |
| Wire Automated | XXXXXX5091 | 108 | 108 |
| Checks/Debits | XXXXXX2408 | 3 | 3 |
| Credit Card Statements | XXXXXXXXXX9082 | 4 | 4 |
| Wire Automated | XXXXXX2408 | 4 | 4 |
| Deposits with offsets | XXXXXX1067 | 64 | 64 |
| Deposits with offsets | XXXXXX5091 | 18 | 18 |
| Checks/Debits | XXXXXX5091 | 117 | 117 |
| Credit Card Statements | XXXXXXXXXX3640 | 146 | 146 |
| Wire Automated | XXXXXX3560 | 5 | 5 |
| Statements | XXXXXX9746 | 35 | 35 |
| Checks/Debits | XXXXXX3560 | 1 | 1 |

Case No: 25726792; Agency Case No: LCM0162

DOJ_LCM_0000185495

| | | | |
|---|---|---|---|
| Deposits with offsets | XXXXXX4187 | 10 | 10 |
| Statements | XXXXXX8927 | 125 | 125 |
| Wire Automated | XXXXXX8927 | 409 | 409 |
| Checks/Debits | XXXXXX9746 | 32 | 32 |
| Statements | XXXXXX5091 | 35 | 35 |
| WFAuto Contract | XXXXXX3801 | 6 | 6 |
| Wire Automated | XXXXXX4187 | 2 | 2 |
| WFAuto Statements | XXXXXX3801 | 1 | 1 |
| Checks/Debits | XXXXXX1067 | 70 | 70 |
| Deposits with offsets | XXXXXX2408 | 21 | 21 |
| Signature Cards | XXXXXX2408 | 0 | 0 |
| Signature card combined with account ending in 1067. | | | |
| Signature Cards | XXXXXX8927 | 5 | 5 |
| Statements | XXXXXX9746 | 6 | 6 |
| Signature Cards | XXXXXX9746 | 5 | 5 |
| Signature Cards | XXXXXX4187 | 4 | 4 |
| Signature Cards | XXXXXX3560 | 6 | 6 |
| Credit Card Statements | XXXXXXXXXXX0586 | 178 | 178 |
| | **Total Copies Delivered:** | | **2,330** |

Additional comments: Applications for credit cards ending in 0586, 3640, and 9082 was submitted electronically, no images available. Unable to locate any accounts for Metropolis Unlimited LLC with the information provided.

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Florida that the foregoing is true and correct according to my knowledge and belief.   Executed on this 20th day of October, 2021, in the City of Tempe, State of ARIZONA.

_(signature)_

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: (480) 724-2000

# BUSINESS RECORDS DECLARATION

I, Eileen Wagner, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.   I certify that the attached records:

A)    Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)    It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C)    The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 25878311

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---:|---:|
| Certified Checks | XXXXXX5091 | 0 | 0 |
| Unable to locate Certified Checks for the time frame requested. | | | |
| Statements | XXXXXX5091 | 35 | 35 |
| Signature Cards | XXXXXX5091 | 5 | 5 |
| Statements | XXXXXX8927 | 125 | 125 |
| Large Currency | XXXXXX5091 | 0 | 0 |
| Note to Client Unable to locate currency transaction reports for OFFICIAL JOHN PAUL LLC. | | | |
| Wire Automated | XXXXXX5091 | 108 | 108 |
| Deposits with offsets | XXXXXX5091 | 18 | 18 |
| Signature Cards | XXXXXX8927 | 5 | 5 |
| Certified Checks | XXXXXX8927 | 3 | 3 |
| SARS | | 45 | 45 |
| Checks/Debits | XXXXXX5091 | 117 | 117 |
| Checks/Debits | XXXXXX8927 | 410 | 410 |
| Wire Automated | XXXXXX8927 | 409 | 409 |
| Deposits with offsets | XXXXXX8927 | 94 | 94 |
| | | **Total Copies Delivered:** | **1,374** |

**Additional comments:**

The bank's standard record retention period is seven years.

Case No: 25878311; Agency Case No: LCM0169

DOJ_LCM_0000187529

I declare under penalty of perjury under the law(s) of the state of Florida that the foregoing is true and correct according to my knowledge and belief.   Executed on this 24th day of November, 2021, in the City of Charlotte, State of NORTH CAROLINA.


Subpoena Processing Representative


Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

# BUSINESS RECORDS DECLARATION

I, Armando Soto, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.   I certify that the attached records:

A)   Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)   It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C)   The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 25726792

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Statements | XXXXXX1067 | 134 | 134 |
| Checks/Debits | XXXXXX4187 | 1 | 1 |
| Wire Automated | XXXXXX9746 | 50 | 50 |
| Deposits with offsets | XXXXXX8927 | 94 | 94 |
| Wire Automated | XXXXXX1067 | 1 | 1 |
| Statements | XXXXXX4187 | 47 | 47 |
| Checks/Debits | XXXXXX8927 | 410 | 410 |
| Statements | XXXXXX2408 | 96 | 96 |
| Signature Cards | XXXXXX1067 | 3 | 3 |
| Statements | XXXXXX1067 | 5 | 5 |
| Deposits with offsets | XXXXXX9746 | 42 | 42 |
| Statements | XXXXXX3560 | 18 | 18 |
| Signature Cards | XXXXXX5091 | 5 | 5 |
| Deposits with offsets | XXXXXX3560 | 4 | 4 |
| Wire Automated | XXXXXX5091 | 108 | 108 |
| Checks/Debits | XXXXXX2408 | 3 | 3 |
| Credit Card Statements | XXXXXXXXXX9082 | 4 | 4 |
| Wire Automated | XXXXXX2408 | 4 | 4 |
| Deposits with offsets | XXXXXX1067 | 64 | 64 |
| Deposits with offsets | XXXXXX5091 | 18 | 18 |
| Checks/Debits | XXXXXX5091 | 117 | 117 |
| Credit Card Statements | XXXXXXXXXX3640 | 146 | 146 |
| Wire Automated | XXXXXX3560 | 5 | 5 |
| Statements | XXXXXX9746 | 35 | 35 |
| Checks/Debits | XXXXXX3560 | 1 | 1 |

Case No: 25726792; Agency Case No: LCM0162

DOJ_LCM_0000185495

| | | | |
|---|---|---|---|
| Deposits with offsets | XXXXXX4187 | 10 | 10 |
| Statements | XXXXXX8927 | 125 | 125 |
| Wire Automated | XXXXXX8927 | 409 | 409 |
| Checks/Debits | XXXXXX9746 | 32 | 32 |
| Statements | XXXXXX5091 | 35 | 35 |
| WFAuto Contract | XXXXXX3801 | 6 | 6 |
| Wire Automated | XXXXXX4187 | 2 | 2 |
| WFAuto Statements | XXXXXX3801 | 1 | 1 |
| Checks/Debits | XXXXXX1067 | 70 | 70 |
| Deposits with offsets | XXXXXX2408 | 21 | 21 |
| Signature Cards | XXXXXX2408 | 0 | 0 |
| Signature card combined with account ending in 1067. | | | |
| Signature Cards | XXXXXX8927 | 5 | 5 |
| Statements | XXXXXX9746 | 6 | 6 |
| Signature Cards | XXXXXX9746 | 5 | 5 |
| Signature Cards | XXXXXX4187 | 4 | 4 |
| Signature Cards | XXXXXX3560 | 6 | 6 |
| Credit Card Statements | XXXXXXXXXXX0586 | 178 | 178 |
| | **Total Copies Delivered:** | | **2,330** |

Additional comments: Applications for credit cards ending in 0586, 3640, and 9082 was submitted electronically, no images available. Unable to locate any accounts for Metropolis Unlimited LLC with the information provided.

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Florida that the foregoing is true and correct according to my knowledge and belief.   Executed on this 20th day of October, 2021, in the City of Tempe, State of ARIZONA.

_[signature]_
_____
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

DOJ_LCM_0000185496



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: (480) 724-2000

# BUSINESS RECORDS DECLARATION

I, Eileen Wagner, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.   I certify that the attached records:

A)   Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)   It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C)   The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 25878311

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Certified Checks | XXXXXX5091 | 0 | 0 |
| Unable to locate Certified Checks for the time frame requested. | | | |
| Statements | XXXXXX5091 | 35 | 35 |
| Signature Cards | XXXXXX5091 | 5 | 5 |
| Statements | XXXXXX8927 | 125 | 125 |
| Large Currency | XXXXXX5091 | 0 | 0 |
| Note to Client Unable to locate currency transaction reports for OFFICIAL JOHN PAUL LLC. | | | |
| Wire Automated | XXXXXX5091 | 108 | 108 |
| Deposits with offsets | XXXXXX5091 | 18 | 18 |
| Signature Cards | XXXXXX8927 | 5 | 5 |
| Certified Checks | XXXXXX8927 | 3 | 3 |
| SARS | | 45 | 45 |
| Checks/Debits | XXXXXX5091 | 117 | 117 |
| Checks/Debits | XXXXXX8927 | 410 | 410 |
| Wire Automated | XXXXXX8927 | 409 | 409 |
| Deposits with offsets | XXXXXX8927 | 94 | 94 |
| | | **Total Copies Delivered:** | **1,374** |

**Additional comments:**

The bank's standard record retention period is seven years.

Case No: 25878311; Agency Case No: LCM0169

DOJ_LCM_0000187529

I declare under penalty of perjury under the law(s) of the state of Florida that the foregoing is true and correct according to my knowledge and belief.   Executed on this 24th day of November, 2021, in the City of Charlotte, State of NORTH CAROLINA.


_Eileen M Wagner_____
Subpoena Processing Representative


Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

DOJ_LCM_0000187530

 **Valley**

April 21, 2023

USDOJ
Attn: Ava Puntillo
1400 New York Ave NW
Washington DC  20005

**Re: Metropolis Unlimited, LLC et al
Case No. 22-cr-80022-AMC**

Dear Ms. Puntillo,

Per your request, enclosed are the documents for the above referenced Summons. Our Certification is also included.

This information is to be used in response to this subpoena only in the matter of Metropolis Umlimited, LLC et al.  This information should not be utilized, disseminated or shared for any other purpose whatsoever.   If you have any questions please contact me at 727-210-4349.

Sincerely,

Peggie Tischer
Deposit Operations

Enclosure
File: 23-093

P: 800-522-4100
PO BOX 17540
Clearwater, Florida 33762
valley.com

© 2021 Valley National Bank. Member FDIC. Equal Opportunity Lender. All Rights Reserved.

DOJ_LCM_000132812



## INVOICE

USDA
File #:   23-093

To:        USDOJ
           Attn: Ava Puntillo
           1400 New York Ave NW
           Washington DC,  20005

From:      Valley National Bank
           925 Allwood Road
           Clifton, NJ  07012
           Attn:  Lori E. Rooney
           Tax ID:  #22-1186387

Date of Invoice:   4/21/23
Due Date:          Pay Upon Receipt
Reference:         Metropolis Unlimited, LLC et al
                   Case No. 22-cr-80022-AMC

In connection with Valley National Bank's compliance with your recent subpoena calling for the production of certain financial records about the above listed person(s), Valley National Bank requires reimbursement from you for the following costs:

A. Reproductions/coping costs .25 per page or $15.00 thumb drive
B. Search and retrieval costs $2.50 per quarter hour (i.e. $10.00 per hour) for time spent by employees in locating, retrieving, reproducing, packaging and shipping document.

| A. Type of Financial Record Provided | Number of Copies Made | Amount |
|---|---|---|
| Records | x .25 | |
| Thumb Drive | $10.00 | 10.00 |
| B. Type of Action Taken | Total Time Spent | |
| Research Time | 2 HRS x 10.00 | $20.00 |
| Credit Amount Received: | | (          ) |
| TOTAL AMOUNT DUE FOR ALL COST INCURRED: | | $30.00 |

The total amount for all costs is due and payable in full by you immediately upon your receipt of this Invoice. Please send your payment to Valley National Bank at the address shown above.

**CERTIFICATION OF DOMESTIC RECORDS
OF REGULARLY CONDUCTED ACTIVITY
Pursuant to Fed. R. Evidence 902(11)**

The undersigned hereby declares, certifies, verifies, and states the following:

1.  The declarant listed below is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification;

2.  The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are Bates numbered ___ 1 tdrive;

3.  The records are originals or duplicate copies of domestic (United States) business records;

4.  The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.  The records were kept in the course of a regularly conducted business activity; and

6.  The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, and state, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

Peggie Tischer
Printed Name

Deposit Ops. Specialist
Title

Valley Nat'l Bank
Company Name

4700 140th AVE N
Business Address  CLEARWATER, FL 33762

4.21.23
Date of Declaration/Execution

DOJ_LCM_000132814

RE:      **LCM -007**

# TD Bank Records Certification

The undersigned declarant hereby declares, certifies and verifies the following:

1. The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2. The records are original or a true copy of the original records in the custody of TD Bank;

3. The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4. The records were kept in the course of a regularly conducted business activity of TD Bank; and

5. The records were produced by TD Bank as a regular practice.

   *I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*

                                                    _____
                                                    Signature of Declarant

                                                    Roberta Guillory
                                                    Research Clerk

                                                    TD BANK, NA

                                                    April 13, 2021
                                                    Date of Declaration/Execution

Internal

RE:  FGJ-LCM-054

## <u>TD Bank Records Certification</u>

The undersigned declarant hereby declares, certifies and verifies the following:

1.  The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2.  The records are original or a true copy of the original records in the custody of TD Bank;

3.  The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4.  The records were kept in the course of a regularly conducted business activity of TD Bank; and

5.  The records were produced by TD Bank as a regular practice.

***I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.***


_____
Signature of Declarant


Mamie Drane
Research Clerk II

TD BANK, NA
Subpoena Processing

November 30, 2021


Internal

DOJ_LCM_0000183340

RE:   LCM-0167

# TD Bank Records Certification

The undersigned declarant hereby declares, certifies and verifies the following:

1.  The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2.  The records are original or a true copy of the original records in the custody of TD Bank;

3.  The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4.  The records were kept in the course of a regularly conducted business activity of TD Bank; and

5.  The records were produced by TD Bank as a regular practice.

***I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.***


_____
Signature of Declarant

Kristina Newton

Research Clerk

TD BANK, NA

December 24, 2021
Date of Declaration/Execution

Internal

**DECLARATION**
**Case No. : FGJ 21-01 (MIA); LCM-025**

Anthony J Gugliuzza, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a  Transactions Specialist III  and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as in the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

7. Total page count is 3,973 .

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 06/25/2021

By: *Anthony J. Gugliuzza*
Anthony J Gugliuzza
Transactions Specialist III
JPMORGAN CHASE BANK, N.A.

SB1234424-F1

Subp75a

## **DECLARATION**
## **Case No. : FGJ 21-01 (MIA); LCM-025**

Anthony J Gugliuzza, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as in the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

7. Total page count is 18 .

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 10/14/2021

By: _Anthony J. Gugliuzza_
　　Anthony J Gugliuzza
　　Transactions Specialist III
　　JPMORGAN CHASE BANK, N.A.

SB1234424-F2

Subp75a

**DECLARATION**
**Case No. : FGJ 21-01 (MIA); LCM-025**

Shannon N Wilson, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a  Transactions Specialist III  and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as in the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

7. Total page count is 188 .

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated:__12/30/21_____

By:_*Shannon N Wilson*_
    Shannon N Wilson
    Transactions Specialist III
    JPMORGAN CHASE BANK, N.A.

SB1234424-F3

Subp75a

RE:     **FGJ -LCM-002**

## TD Bank Records Certification

The undersigned declarant hereby declares, certifies and verifies the following:

1.  The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2.  The records are original or a true copy of the original records in the custody of TD Bank;

3.  The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4.  The records were kept in the course of a regularly conducted business activity of TD Bank; and

5.  The records were produced by TD Bank as a regular practice.

*I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

Roberta Guillory
Research Clerk

TD BANK, NA

April 23, 2021
Date of Declaration/Execution

Internal

RE:   **LCM-030**

# TD Bank Records Certification

The undersigned declarant hereby declares, certifies and verifies the following:

1. The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2. The records are original or a true copy of the original records in the custody of TD Bank;

3. The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4. The records were kept in the course of a regularly conducted business activity of TD Bank; and

5. The records were produced by TD Bank as a regular practice.

*I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*

Kristina Newton
_____
Signature of Declarant

Kristina Newton

Research Clerk

TD BANK, NA

January 11, 2022
Date of Declaration/Execution

Internal

DOJ_LCM_0000031837

RE: LCM-030

### TD Bank Records Certification

The undersigned declarant hereby declares, certifies and verifies the following:

1. The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2. The records are original or a true copy of the original records in the custody of TD Bank;

3. The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4. The records were kept in the course of a regularly conducted business activity of TD Bank; and

5. The records were produced by TD Bank as a regular practice.

*I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*

Signature of Declarant

Erin A. Kasperek

Research Clerk II

TD BANK, NA
Subpoena Processing

06/15/21

Internal

RE:  FGJ-LCM-054

## **TD Bank Records Certification**

The undersigned declarant hereby declares, certifies and verifies the following:

1. The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2. The records are original or a true copy of the original records in the custody of TD Bank;

3. The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4. The records were kept in the course of a regularly conducted business activity of TD Bank; and

5. The records were produced by TD Bank as a regular practice.

***I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.***

_Mamie Drane_
_____
Signature of Declarant

Mamie Drane
Research Clerk II

TD BANK, NA
Subpoena Processing

November 30, 2021

Internal

**DOJ_LCM_0000183340**

RE:   **LCM-030**

**TD Bank Records Certification**

The undersigned declarant hereby declares, certifies and verifies the following:

1. The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2. The records are original or a true copy of the original records in the custody of TD Bank;

3. The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4. The records were kept in the course of a regularly conducted business activity of TD Bank; and

5. The records were produced by TD Bank as a regular practice.

*I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*

Signature of Declarant

Erin A. Kasperek

Research Clerk III

TD BANK, NA
Subpoena Processing

01/04/22

Internal

RE: LCM-030

### TD Bank Records Certification

The undersigned declarant hereby declares, certifies and verifies the following:

1. The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2. The records are original or a true copy of the original records in the custody of TD Bank;

3. The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4. The records were kept in the course of a regularly conducted business activity of TD Bank; and

5. The records were produced by TD Bank as a regular practice.

***I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.***

Signature of Declarant

Erin A. Kasperek

Research Clerk II

TD BANK, NA
Subpoena Processing

06/15/21

Internal

DOJ_LCM_0000030346

RE: LCM-030

**TD Bank Records Certification**

The undersigned declarant hereby declares, certifies and verifies the following:

1. The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2. The records are original or a true copy of the original records in the custody of TD Bank;

3. The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4. The records were kept in the course of a regularly conducted business activity of TD Bank; and

5. The records were produced by TD Bank as a regular practice.

*I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*

Signature of Declarant

Erin A. Kasperek

Research Clerk II

TD BANK, NA
Subpoena Processing

11/30/21

Internal

DOJ_LCM_0000030360

RE:  FGJ-LCM-054

**<u>TD Bank Records Certification</u>**

The undersigned declarant hereby declares, certifies and verifies the following:

1. The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2. The records are original or a true copy of the original records in the custody of TD Bank;

3. The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4. The records were kept in the course of a regularly conducted business activity of TD Bank; and

5. The records were produced by TD Bank as a regular practice.

***I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.***

_Mamie Drane_
_____
Signature of Declarant


Mamie Drane
Research Clerk II

TD BANK, NA
Subpoena Processing

November 30, 2021

Internal

**DOJ_LCM_0000183340**

**CERTIFICATION OF DOMESTIC RECORDS**
**OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned hereby declares, certifies, verifies, and states the following:

1.   The declarant listed below is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification;

2.   The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are Bates numbered   1-1180           ;

3.   The records are originals or duplicate copies of domestic (United States) business records;

4.   The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.   The records were kept in the course of a regularly conducted business activity; and

6.   The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, and state, under penalty of perjury, that the foregoing is true and correct.*

Signature of Declarant

Joshua Greenberg
Printed Name

Operations Analyst
Title

SunTrust now Truist
Company Name

7455 Chancellor Dr. Orlando FL, 32809
Business Address

04/15/2021
Date of Declaration/Execution

**CERTIFICATION OF DOMESTIC RECORDS**
**OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned hereby declares, certifies, verifies, and states the following:

1.  The declarant listed below is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification;

2.  The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are Bates numbered _____;

3.  The records are originals or duplicate copies of domestic (United States) business records;

4.  The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.  The records were kept in the course of a regularly conducted business activity; and

6.  The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, and state, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

Angelica Gonzales
Printed Name

Operations Analyst
Title

Truist Bank
Company Name

7455 Chancellor Dr. Orlando FL. 32807
Business Address

10/25/2021
Date of Declaration/Execution

DOJ_LCM_0000031984

**CERTIFICATION OF DOMESTIC RECORDS**
**OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned hereby declares, certifies, verifies, and states the following:

1. The declarant listed below is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification;

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are Bates numbered _____;

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, and state, under penalty of perjury, that the foregoing is true and correct.*

Signature of Declarant

Angelica Gonzales
Printed Name

Financial Crimes Analyst
Title

Truist Bank
Company Name
7455 Chancellor Dr.
Orlando FL 32809
Business Address

06/10/2021
Date of Declaration/Execution



<table>
<tr><td></td><td>**Reference number**<br>D012423000101</td></tr>
</table>

**Reference number**
D012423000101
**Court case number**
22-cr-80022-AMC
**Court or issuer**
U.S. DEPT OF JUSTICE TRIAL ATTORNEY
**Court case name:**
SUNRISE CONSULTING GROUP

## Affidavit of Bank of America Officer and/or Custodian of Records

Before me, the undersigned authority, personally appeared, Gabriela Zavala, who, being duly sworn by me, deposes and says as follows:

1. **Authority**
   I, Gabriela Zavala, am a duly authorized bank officer and/or custodian of the records of
   Bank of America, N.A. with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2. **Records**

   The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

   - Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
   - Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   - Were made and kept by the regularly conducted activity of Bank of America, N.A. as a regular practice, on or about the time of the act, condition or event recorded.

| Account title: | Account ending in: | Document type: | Timeframe: |
|---|---|---|---|
| SUNRISE CONSULTING GROUP LLC | 6576 | Statement, Signature Card, Coporate Resolution, Deposits, | 2019-07 - 2020-05 |
| SUNRISE CONSULTING GROUP LLC | 3693 | Debits, Statement, Signature Card, Corporate Resolution, Deposits, Offsets, Wires | 2020-06 - 2023-01 |
| SUNRISE CONSULTING GROUP, LLC | 5397 | Statement | 2021-04 - 2021-09 |

3. **Production**

   ____X____ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records in our possession responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

   **OR**

   _____ A thorough search has been conducted and no records could be located that are responsive to the subject

request, order, or subpoena.

4.   I declare under penalty of perjury that the foregoing is true and correct.

Date: _____05/15/2023_____   Signature: _____

Gabriela Zavala    Digitally signed by Gabriela
                   Zavala
                   Date: 2023.05.15 10:35:52 -04'00'

Bank of America Legal Order Processing
Regarding reference number: D031821000289
Court case number: FGJ-19-03-MIA
Court or issuer: US DEPT OF JUSTICE /
FRAUD SECTION / CRIMINAL DIV
Court case name: THERAGENE
DIAGNOSTICS

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) Authority. I, Justin Warkenthien, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) Records. The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| THERAGENE DIAGNOSTICS LLC | 0289 | Debits, Statement Pages, Signature Card, Wire Transfers | 06/2020 - 03/2021 |

3.) Production.
 X_____The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

OR

_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date:___05/18/2021_____  Signature: Justin Warkenthien

Digitally signed by Justin Warkenthien
Date: 2021.05.18 08:35:44 -07'00'

Bank of America Legal Order Processing
Regarding reference number: D031821000289
Court case number: FGJ-19-03-MIA
Court or issuer: US DEPT OF JUSTICE /
FRAUD SECTION / CRIMINAL DIV
Court case name: THERAGENE
DIAGNOSTICS

DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Justin Warkenthien, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

| Account title: | Account ending in: | Document type: | Timeframe: |
|---|---|---|---|
| THERAGENE DIAGNOSTICS LLC | 0289 | Teller Journals | 2021-01 - 2021-03 |

3.) <u>Production.</u>
   _X_____The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

OR

   _____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date:_10/05/2021____      Signature:_Justin Warkenthien_

Justin Warkenthien
Digitally signed by Justin Warkenthien
Date: 2021.10.05 07:18:31 -07'00'

Bank of America Legal Order Processing
Regarding reference number: D092921000297
Court case number: LCM-0157
Court or issuer: United States Department of
Justice
Court case name: THERAGENE
DIAGNOSTICS

DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) <u>Authority.</u> I, Jeanna McGinnis, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) <u>Records.</u> The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
     a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
     b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
     c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

| Account title: | Account endingin: | Document type: | Timeframe: |
|---|---|---|---|
| THERAGENE DIAGNOSTICS LLC | 0289 | Signature Card, Statements, Checks, Deposits & Offsets, Wires | 2021-03 - 2021-09 |

3.) <u>Production.</u>
    __X___ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                                                                                OR
    _____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date:_____10/05/2021_____   Signature:___Jeanna McGinnis___   Digitally signed by Jeanna McGinnis
Date: 2021.10.05 09:21:05 -04'00'

**CERTIFICATION OF DOMESTIC RECORDS
OF REGULARLY CONDUCTED ACTIVITY
Pursuant to Fed. R. Evidence 902(11)**

The undersigned hereby declares, certifies, verifies, and states the following:

1.    The declarant listed below is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification;

2.    The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are Bates numbered _____;

3.    The records are originals or duplicate copies of domestic (United States) business records;

4.    The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.    The records were kept in the course of a regularly conducted business activity; and

6.    The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, and state, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

Naveed Dosajani
Printed Name

Director
Title

Advantage Accounting & Tax
Company Name
3700 N. Military Trail STE 200
Boca Raton, FL 33431
Business Address

2/16/2021
Date of Declaration/Execution

DOJ_LCM_0000189035

LCM-022

**CERTIFICATION OF DOMESTIC RECORDS**
**OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned hereby declares, certifies, verifies, and states the following:

1.     The declarant listed below is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification;

2.     The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are Bates numbered _____;

3.     The records are originals or duplicate copies of domestic (United States) business records;

4.     The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.     The records were kept in the course of a regularly conducted business activity; and

6.     The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, and state, under penalty of perjury, that the foregoing is true and correct.*

_alia Quinn_
Signature of Declarant

_Alice Quinn_
Printed Name

_Senior Legal Assistant_
Title

_ADP, Inc._
Company Name

_One ADP Blvd, Roseland, NJ 07068_
Business Address

_June 21, 2021_
Date of Declaration/Execution

DOJ_LCM_0000025468

## DECLARATION

### Case No. : LCM-0168

Kaye Sutton, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 11/29/2021

By: _____

Kaye Sutton
Transactions Specialist III
JPMORGAN CHASE BANK, N.A.

SB1276639-F1

SUBP10a

**DECLARATION**

**Case No. : LCM-0170, FGJ 21-01 (MIA)**

Chyanna Outlaw, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 11/17/2021

By: *Chyanna Outlaw*
    Chyanna Outlaw
    Transactions Specialist III
    JPMORGAN CHASE BANK, N.A.

SB1276714-F1

SUBP10a

DOJ_LCM_0000391202