UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff )<br> )<br> )<br> )<br>v. )<br> )<br>DANIEL CARVER )<br>Defendant )<br>_____/ | Case No. 22-cr-800022<br>Hon. Aileen M. Cannon |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

*/s/Andrew S. Feldman*
FELDMAN FIRM PLLC
150 S.E. 2nd Avenue, Suite 600
Miami, Florida 33131
Direct: (305) 714-9474
Florida Bar No. 60325
Email: afeldman@feldmanpllc.com
***Attorney for Daniel M. Carver***

The undersigned attorney, Andrew S. Feldman, on behalf of the law firm of Feldman Firm PLLC, files this Motion to Withdraw as counsel of record in this case.

First, on July 6, 2023, Mr. Carver indicated to the undersigned that he no longer wants the undersigned's law firm to represent him in this case and has consented to the filing of a Motion to Withdraw. *See* Fla. R. Prof. Conduct 4-1.16(a)(3).

Second, substantial disagreements have arisen in this case which have created a conflict of interest in the continued representation of Mr. Carver. *See* Fla. R. Prof. Conduct 4-1.16(b)(2). The undersigned is willing to elaborate, if necessary, at an *ex parte* hearing.

Third, other good cause exists to withdraw as counsel of record in this case. *See* Fla. R. Prof. Conduct 4-1.16(b)(5).

The undersigned has conferred with Mr. Carver about the filing of this Motion.

Accordingly, the undersigned seeks an order granting this Motion and releasing Feldman Firm PLLC from any further obligations to represent Mr. Carver in this case.

## **CERTIFICATE OF CONFERENCE**

The undersigned has contacted Assistant United States Attorney Patrick Queenan, who advised that the United States opposes the relief requested herein.

*/s/Andrew S. Feldman*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was served via CM/ECF on all counsel of record.

*/s/Andrew S. Feldman*