UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80022-CANNON/REINHART

UNITED STATES OF AMERICA,

v.

JOHN PAUL GOSNEY, JR., et al.
. . . . . . . . . . . . . . . . . . . . . . . . . . . . /

## DEFENDANTS' MOTION TO ADOPT SUBPOENAS

The Defendants Daniel Carver, Thomas Dougherty, John Paul Gosney, Jr., Louis Carver, and Jose Goyos, through undersigned counsel, respectfully request that the Court enter an Order permitting the service of any subpoena served by one Defendant to remain in effect for all other Defendants during the July 10, 2023 and September 25, 2023 trial periods. In support of this motion, the Defendants state:

1. On February 24, 2022, the Defendants were indicted for various charges pertaining to alleged health care fraud.

2. Defendants D-Carver, L-Carver, and Goyos are scheduled for trial on July 10, 2023, and Defendants Gosney and Dougherty are scheduled for trial on September 25, 2023.

3. Prior to Calendar Call on June 27, 2023, the Defendants coordinated efforts to subpoena potential witnesses for trial, which was scheduled for all five remaining defendants to begin on July 10, 2023. The efforts were coordinated to

reduce costs and for the convenience of the witnesses, so they would not be bombarded with process servers and emails regarding subpoenas.

4. On June 27, 2023, the Court orally pronounced that Defendants Gosney and Dougherty would be severed from the July 10 trial. An order followed on June 29, 2023, severing Gosney and Dougherty to a separate trial on September 25, 2023. DE#656.

5. The Defendants seek an order from the Court permitting them to adopt the subpoenas of their codefendants and have those subpoenas remain in effect for both the July 10, 2023 trial and September 25, 2023 trial. Such an order would alleviate the procedural inconvenience of Gosney and Dougherty potentially needing to re-issue subpoenas for the new September 25, 2023 trial date, and for D-Carver, L-Carver, and Goyos needing to duplicate a subpoena for a witness already served for the July 10, 2023 date by Gosney or Dougherty. A proposed order is attached as Exhibit 1 to this motion.

6. Prior to filing this motion, the Defendants provided a draft of this motion and proposed order to government counsel, who did not respond with a position.

WHEREFORE, Defendants D-Carver, Dougherty, Gosney, L-Carver, and Goyos respectfully request that this Court grant their motion to adopt the subpoenas

of their codefendants for both the July 10, 2023 and September 25, 2023 trial periods.

Respectfully submitted,

**BLACK SREBNICK**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131 / Tel. (305) 371-6421

/s/ *Alyssa Silvaggi*
**ALYSSA SILVAGGI, ESQ.**
Florida Bar No. 114129
E-mail: ASilvaggi@RoyBlack.com
*Counsel of Record for John Paul Gosney, Jr.*

*/s/ Edward Armellino*
**EDWARD ARMELLINO, ESQ.**
Florida Bar No. 114904
E-mail: EArmellino@RoyBlack.com
*Counsel of Record for John Paul Gosney, Jr.*

*/s/ Andrew S. Feldman*
FELDMAN FIRM PLLC
150 S.E. 2nd Avenue, Suite 600
Miami, Florida 33131
Direct: (305) 714-9474
Florida Bar No. 60325
Email: afeldman@feldmanpllc.com
***Attorney for Daniel M. Carver***

*/s/ Steven H. Sadow*
STEVEN H. SADOW
Lead Counsel for Defendant Dougherty
Georgia Bar No. 622075
260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
Tel: 404-577-1400
Email: stevesadow@gmail.com

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: *s/Robert E. Adler*
Robert E. Adler
Assistant Federal Public Defender
Attorney for Defendant Goyos
Florida Bar No. 259942
250 S Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Telephone: (561) 833-6288
Email: *robert_adler@fd.org*

By: *s/M. Caroline McCrae*
M. Caroline McCrae
Assistant Federal Public Defender
Attorney for Defendant Goyos
Florida Bar No. 72164
250 S Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Phone: (561) 833-6288
Email: *caroline_mccrae@fd.org*