AO 89  (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

### Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| John Paul Gosney, Jr. | )  Case No.  22-CR-80022-AMC |
| | ) |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  James Barnett, MD, Permian Cardiology
400 Rosalind Redfern Grover Parkway,
Suite 240, Midland, TX 79701
FAX: 432-221-5170

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.:  US District Judge Aileen Cannon |
|---|---|
| US Courthouse, 101 South U.S. Highway 1, Fort Pierce, FL 34950 | Date and Time:  7/10/2023 8:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
PLEASE SEE ATTACHED STANDBY NOTICE

Date:  6/6/2023

CLERK OF COURT

_____
By: (Deputy Clerk)

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  John Paul Gosney, Jr.
_____ , who requests this subpoena, are:

Alyssa Silvaggi, Esq.
BLACK SREBNICK
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
ASilvaggi@RoyBlack.com
Tel: (305) 371-6421

AO 89  (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  **22-CR-80022-AMC**

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the subpoena on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** _____

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                        *Server's signature*


                                        _____
                                        *Printed name and title*


                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc:

## STANDBY NOTICE

The subpoena directs you to appear in the United States District Court for the Southern District of Florida, Fort Pierce Division, at Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Fort Pierce, Florida 34950, before the Honorable Aileen M. Cannon, in Courtroom 4044 at 8:30 a.m., on July 10, 2023, and you remain subject to the subpoena until you are called as a witness at the trial (which may last as many as three weeks). Please reach out to us so we can arrange for reasonable fees and mileage associated with any necessary travel required to appear. *See* 28 U.S.C. § 1821.

To minimize the inconvenience to you, if you can be reached by telephone, we can call you to notify you of the specific date and time that you must appear in court. If you prefer this option, you will need to contact the undersigned attorney's office upon receipt of this subpoena to provide your contact information.

ALYSSA SILVAGGI, ESQ.
EDWARD ARMELLINO, ESQ.
HILARIE REINER (Paralegal)
Black Srebnick
201 South Biscayne Blvd., Suite 1300
Miami, Florida 33131
Email: ASilvaggi@RoyBlack.com
Telephone: (305) 371-6421