AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| John Paul Gosney, Jr. | ) Case No. 22-CR-80022-AMC |
| _Defendant_ | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Records Custodian, Permian Cardiology
400 Rosalind Redfern Grover Parkway,
Suite 240, Midland, TX 79701
FAX: 432-221-5170

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: US District Judge Aileen Cannon |
|---|---|
| US Courthouse, 101 South U.S. Highway 1, Fort Pierce, FL 34950 | Date and Time: 7/10/2023 8:30 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:
PLEASE SEE ATTACHMENT FOR DOCUMENTS TO BE PRODUCED AND STANDBY NOTICE

Date: 6/6/2023

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

By: (Deputy Clerk)

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ John Paul Gosney, Jr.
_____, who requests this subpoena, are:

Alyssa Silvaggi, Esq.
BLACK SREBNICK
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
ASilvaggi@RoyBlack.com
Tel: (305) 371-6421

AO 89  (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 22-CR-80022-AMC

# PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the subpoena on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ Other *(specify)*:
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                        _____
                                          *Server's signature*

                                          _____
                                          *Printed name and title*

                                          _____
                                          *Server's address*

Additional information regarding attempted service, etc:

## STANDBY NOTICE/ADDITIONAL ATTACHMENTS

We have attached a Certification of Domestic Records of Regularly Conducted Activity for your convenience. If you complete the Certification and provide it to us with genuine **copies** of the items demanded by the subpoena, it may limit or altogether eliminate the need for you to personally appear in court. If the records are available locally, we will arrange to have them picked up from your local office. If not, please call us at the number below to provide a mutually convenient location for us to receive the production. Additionally, you may produce these records electronically. You may also contact undersigned counsel regarding any reimbursable expenses incurred as a result of the requested document production.

If you can be reached by telephone and will respond to telephonic notice, we will call you to notify you of the specific time that you must appear in court; in this way, we trust that you will be inconvenienced as little as possible. In order for us to be able to provide you telephonic notice of the specific time that you will be called to testify, you will need to contact the undersigned attorney's office upon receipt of this Subpoena to provide your contact information.

Your production of the items demanded by this subpoena with or without the Certificate of Authenticity does not automatically excuse your presence at the trial on July 10, 2023. Unless you are formally excused from appearing, you are required by virtue of the enclosed subpoena to appear in the United States District Court for the Southern District of Florida, Fort Pierce Division, at Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Fort Pierce, Florida 34950, before the Honorable Aileen M. Cannon, in Courtroom 4044 at 8:30 a.m., on July 10, 2023, and will remain subject to the subpoena until you are called as a witness at the trial. Please reach out to us so we can arrange for reasonable fees and mileage associated with any necessary travel required to appear. *See* 28 U.S.C. § 1821.

ALYSSA SILVAGGI, ESQ.
EDWARD ARMELLINO, ESQ.
HILARIE REINER (Paralegal)
Black Srebnick
201 South Biscayne Blvd., Suite 1300
Miami, Florida 33131
Email: ASilvaggi@RoyBlack.com
Telephone: (305) 371-6421

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80022-CANNON/REINHART

UNITED STATES OF AMERICA,

v.

JOHN PAUL GOSNEY, JR., et al.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . /

**ATTACHMENT TO SUBPOENA TO:**
CUSTODIAN OF RECORDS
James Barnett, MD
Permian Cardiology
400 Rosalind Redfern Grover Parkway
Suite 240
Midland, TX 79701

**DOCUMENTS TO BE PRODUCED**

Please bring with you the following regarding Case No. 22-80022-CR-CANNON/REINHART:

This request pertains to the records of



Regarding the patient indicated above, please produce any and all documents and communications concerning cardiovascular genetic testing for the above patient through AccuGene Lab on or near February 18, 2021, including but not limited to any documents or records demonstrating the testing was medically necessary, the results were used in the management and treatment of the patient's condition(s), follow-up with the patient was performed when the results were received, any treatment decisions based on the test results, and charts entries and SOAP notes related to the testing and subsequent treatment.

1

Please also include an inventory of records provided, along with the attached Certification of Domestic Records of Regularly Conducted Activity.

Please direct any questions and return the above-requested records to the undersigned attorney.

>Respectfully submitted,
>
>BLACK SREBNICK
>201 South Biscayne Boulevard, Suite 1300
>Miami, Florida 33131
>Tel. (305) 371-6421
>
>/s/   *Alyssa Silvaggi*
>**ALYSSA SILVAGGI, ESQ.**
>Florida Bar No. 114129
>E-mail: ASilvaggi@RoyBlack.com

# CERTIFICATION OF DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY
## Pursuant to Fed. R. Evidence 902(11)

The undersigned hereby declares, certifies, verifies, and states the following:

1. The declarant listed below is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification;

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are Bates numbered _____;

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, and state, under penalty of perjury, that the foregoing is true and correct.*

_____
**Signature of Declarant**

_____
**Printed Name**

_____
**Title Company Name**

_____
**Business Address**

_____
**Date of Execution**