UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-80022-CANNON/REINHART

UNITED STATES OF AMERICA

vs.

JOHN PAUL GOSNEY, JR.

    Defendant.
_____/

### AFFIDAVIT OF JAMES BARNETT, M.D.

STATE OF TEXAS

COUNTY OF MIDLAND

    BEFORE ME, the undersigned authority duly authorized to administer oaths in the State of Texas, personally appeared, JAMES BARNETT, M.D., who having been first duly sworn, states:

1. I, JAMES BARNETT, M.D., am an interventional cardiologist licensed to practice in the State of Texas and I am over eighteen (18) years of age.

2. I reside in the State of Texas. I practice at Permian Cardiology, located at 400 Rosalind Redfern Grover Parkway, Suite 240, Midland, Texas, 79701.

3. On June 15, 2023, my practice received two trial subpoenas via fax for a case entitled "United States of America v. John Paul Gosney, Jr., Defendant" in the United States District Court for the Southern District of Florida.

4. The two trial subpoenas were issued by "John Paul Gosney, Jr." and were signed by an attorney named Alyssa Silvaggi, Esq.

5. One trial subpoena was directed me, and the other was directed to the Records Custodian of Permian Cardiology.

6. Both subpoenas stated to appear at the US Courthouse, 101 South U.S. Highway 1, Fort Pierce, FL 34950, on July 10, 2023 at 8:30 am.

7. Prior to June 15, 2023, I was not aware that my testimony was being requested in this lawsuit.

8. I am not currently, nor have I ever been, a party to this lawsuit.

9. I have not received tender of any sums of money for attendance pursuant to either subpoena.

10. I have not received tender of any sums of money for travel expenses to appear pursuant to either subpoena.

11. My typical schedule includes performing interventional cardiology procedures three (3) days per week in the cardiac catheterization laboratory at Midland Memorial Hospital in Midland, Texas.

12. I typically see patients from 8:00 am until 4:00 pm five (5) days per week.

13. I am also responsible for overseeing two advanced practice registered nurses who each see patients from 8:00 am until 4:00 pm five (5) days per week.

14. My typical practice involves the care of approximately fifty (50) patients per day in the office.

15. Traveling to Florida would constitute undue burden and hardship on me and my practice.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
JAMES BARNETT, M.D.

SWORN TO AND SUBSCRIBED before me this  12  day of July, 2023, by JAMES BARNETT, M.D., who is personally known to me or who has produced  Self  (type of identification) as identification.

[Notary Stamp: SALINA ANN ORTIZ, Notary Public, State of Texas, Comm. Expires 09-21-2024, Notary ID 132687797]

_Salina Ann Ortiz_
SIGNATURE OF NOTARY

_Salina Ann Ortiz_
PRINTED NAME OF NOTARY
NOTARY PUBLIC, STATE OF  Texas

132687797
NOTARY COMMISSION NUMBER