UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cr-80022-CANNON/REINHART

UNITED STATES OF AMERICA

v.

DANIEL M. CARVER,

       Defendant.
_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in or around January 2020, and continuing through in or around July 2021, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant, DANIEL M. CARVER ("D-CARVER"), knowingly and willfully conspired and agreed with his co-conspirators, including Thomas Dougherty ("DOUGHERTY"), John Paul Gosney Jr. ("GOSNEY"), Louis Carver ("L-CARVER"), Galina Rozenberg ("G-ROZENBERG"), Michael Rozenberg ("M-ROZENBERG"), Timothy Richardson ("RICHARDSON"), Ashley Cigarroa ("CIGARROA"), Jose Goyos ("GOYOS"), Ethan Macier ("MACIER"), and others, to commit health care fraud and wire fraud, in violation of Title 18, United States Code, Section 1349, that is: (a) to knowingly and willfully execute a scheme and artifice to defraud a health care benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b), that is, Medicare, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, said health care benefit program, in connection with the delivery of and payment for health care benefits, items, and services, in violation of Title 18, United States Code, Section 1347; and (b) to

knowingly and with the intent to defraud, devise, and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing the pretenses, representations, and promises were false and fraudulent when made, and for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted by means of wire communication in interstate commerce, certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343.

D-CARVER also conspired with DOUGHERY, GOSNEY, and others to commit conspiracy to defraud the United States and to pay and receive kickbacks, in violation of Title 18, United States Code, Section 371, that is: (a) defraud the United States by impairing, impeding, obstructing, and defeating through deceitful and dishonest means, the lawful government functions of HHS and CMS in their administration and oversight of Medicare; (b) violate Title 42, United States Code, Section 1320a-7b(b)(1)(A), by soliciting and receiving renumeration, including kickbacks and bribes, directly and indirectly, overly and covertly, in cash and in kind, including by wire transfer, in return for referring an individual to a person for the furnishing and arranging for the furnishing of any item and service for which payment may be made in whole and in part under a Federal health care benefit program, that is, Medicare; and (c) to violate Title 42, United States Code Section 1320a-7b(b)(2)(B), by offering and paying renumeration, including kickbacks and bribes, directly or indirectly, overtly and covertly, in cash and in kind, to a person to induce such person to purchase, lease, order, and arrange for and recommend purchasing, leasing, and ordering any good, facility, service, and item for which payment may be made in whole or in part under a Federal health care program, that is, Medicare.

Furthermore, Medicare is a "health care benefit program" as defined in Title 18, United States Code, Section 24. Medicare is a health care benefit program affecting commerce.

D-CARVER, a resident of Palm Beach County, Florida, was beneficial owner of Broad Street Lifestyles, LLC ("BROAD STREET"), Olympus First Consulting, LLC ("OLYMPUS FIRST"), and DMC Group Holding, LLC ("DMC GROUP"), each of which was an entity that operated a call center network in Palm Beach County, Florida, and Broward County, Florida. D-CARVER was a beneficial owner of Cergena Laboratories, LLC ("CERGENA"), Progenix Lab, LLC ("POGENIX"), and Theragene Diagnostics, LLC ("THERAGENE"), clinical laboratories enrolled with Medicare. D-CARVER, in order to conceal his management and control of these laboratories, agreed with L-CARVER that L-CARVER would be listed as the only owner of CERGENA on Medicare enrollment paperwork. D-CARVER had similar agreements with other nominee owners. D-CARVER also was a beneficial and listed owner of MDA Consumers, Inc. ("MDA CONSUMERS"), a company used to launder money generated by these laboratories.

At BROAD STREET, D-CARVER, DOUGHERTY, and others used BROAD STREET to conduct, and partner with other entities that conducted, deceptive telemarketing campaigns targeting Medicare beneficiaries in an effort to obtain their consent to order durable medical equipment ("DME") or genetic testing. From there, D-CARVER, DOUGHERTY, and others, used BROAD STREET to pay kickbacks to telemedicine companies to obtain signed doctors' orders for DME and genetic tests that were not medically necessary. D-CARVER, DOUGHERTY, and others then used BROAD STREET to solicit and receive illegal kickbacks and bribes via interstate wire from laboratories, DME companies, and marketing companies in exchange for these orders.

3

D-CARVER, DOUGHERTY, GOSNEY, GOYOS, and others used OLYMPUS FIRST and DMC GROUP to conduct deceptive telemarketing campaigns targeting Medicare beneficiaries in an effort to obtain their consent to genetic testing. From there, D-CARVER, DOUGHERTY, GOSNEY, and others used OLYMPUS FIRST and DMC GROUP to procure false and fraudulent doctors' orders for genetic tests that were not medically necessary. As part of this scheme, D-CARVER, DOUGHERTY, GOSNEY, GOYOS and others sent and caused to be sent deceptive communications to medical providers, through a front company called Gentec Solutions ("GENTEC"). The communications falsely represented to medical providers, among other things, that GENTEC was treating the beneficiary. D-CARVER, GOYOS, and others agreed that call centers employees, under GOYOS' direction, would deceive medical providers into signing medically unnecessary genetic testing orders.

D-CARVER, DOUGHERTY, GOSNEY, and others used OLYMPUS FIRST and DMC GROUP to refer these orders to laboratories owned and controlled by D-CARVER, DOUGHERTY, GOSNEY, G-ROZENBERG, and M-ROZENBERG as well as to other laboratories. These laboratories included CERGENA, PROGENIX, and THERAGENE. D-CARVER knew that the laboratories would bill Medicare for the genetic testing purportedly provided to the recruited beneficiaries.

D-CARVER, DOUGHERTY, GOSNEY, and others used BROAD STREET, MDA CONSUMERS, Company A, and other entities to solicit and receive illegal kickbacks and bribes via interstate wire to refer these orders to laboratories and DME companies, such as Alpha Medical Supply, Horizon Medical Supply, Signify Laboratories, Laboratory 1, and others. D-CARVER knew that these laboratories and DME companies would bill Medicare for the genetic testing and

4

DME purportedly provided to the recruited beneficiaries.

D-CARVER, DOUGHERTY, and GOSNEY directed others to transfer proceeds to, among other entities and individuals, companies owned and operated by D-CARVER, DOUGHERTY, and GOSNEY, including MDA CONSUMERS. For example, on or about May 4, 2021, D-CARVER received a $16,000 kickback from Individual 1 through the Company A Account. D-CARVER directed also others to cash cashier's checks issued from accounts in the name of CERGENA and OLYMPUS FIRST and then provided the cash proceeds to D-CARVER.

D-CARVER was aware of the Anti-Kickback Statute and understood that the payments BROAD STREET and MDA CONSUMERS received from DME companies, marketers, and laboratories in exchange for the referral of Medicare beneficiaries were illegal kickbacks. These kickbacks were based on the volume and value of the referrals, which was tied to the amount received from Medicare for performing the tests. These kickbacks were paid by means of bank transfer or wires. D-CARVER used these proceeds for his personal use and benefit, the use and benefit of others, and to further the conspiracy.

As a result of D-CARVER's participation in the conspiracy, he and others, submitted or caused the submission of, false and fraudulent claims to Medicare for at least $67,422,579 in laboratory services that were not medically necessary and not eligible for reimbursement, of which Medicare paid approximately $53,051,391.

From in or around January 2020 and continuing through in or around July 2021, D-CARBER received approximately $8,401,370 in gross proceeds traceable to the health care fraud and wire fraud conspiracy and the conspiracy to defraud the United States and pay and receive kickbacks.

When referring the Medicare beneficiaries to laboratories for genetic testing and DME, D-CARVER knew that the genetic tests and DME were being procured through illegal kickbacks and bribes, that the genetic tests and DME were not medically necessary, that the genetic tests and DME were not ordered by a physician treating the beneficiary for any specific medical problem, symptom, illness or diagnosis, and that the results of genetic tests were not going to be used in the management of the beneficiary's specific medical problems.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

DATE: 7/13/2023

DANIEL M. CARVER
Defendant

ANDREW FELDMAN
Attorney for Defendant

PATRICK J. QUEENAN
Trial Attorney