UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80022-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DANIEL M. CARVER, et al.**,

    Defendants.
_____/

**ORDER GRANTING**
**MOTION FOR LEAVE TO FILE UNDER SEAL**

**THIS CAUSE** comes before the Court upon the Motion for Leave to File Under Seal filed by Non-Party John Frye (the "Motion") [ECF No. 719]. The Motion asks the Court to permit John Frye to file his Motion to Quash Subpoenas and Incorporated Memorandum of Law under seal [ECF No. 719 p. 1]. Mr. Frye simultaneously filed his Motion to Quash Trial Subpoenas [ECF No. 720] and Memorandum of Law in Support [ECF No. 721] under seal.

Upon review of the Motion and the proposed sealed documents [ECF Nos. 720, 721], it is hereby **ORDERED and ADJUDGED** as follows:

1. Nonparty John Frye's Motion for Leave to File Under Seal [ECF No. 719] is **GRANTED**.

2. The Motion [ECF No. 719], the Motion to Quash Subpoenas [ECF No. 720], and Memorandum of Law in Support and accompanying exhibit [ECF Nos. 721, 721-1] shall remain under **SEAL** until further order of the Court.

CASE NO. 22-80022-CR-CANNON

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this 18th day of July 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record