# Case Details

Additional Resources ▾

| | | |
|---|---|---|
| **Case ID** | **Court Location** | **PIN** |
| 2021-21BC02631-OM | 48th District Court - Bloomfield Hills | 210014402 |

**Case Entitlement**
CITY OF BIRMINGHAM V CARVER

**Judge of Record**
D'AGOSTINI,DIANE,

**Date Filed**
09/22/2021

**Case Status**
CLOSED

**Closed Date**
05/24/2022

**Balance**

## Parties (1)

| **Party Name** | **Party Type/Number** |
|---|---|
| CARVER/DANIEL/MICHAEL | DEFENDANT - 1 |

**Age**
37 (1986)

**Attorney Name**
JOSEPH NAZAR NAFSU

**Alternate Name(s)**

## Charges (1)

| **Count** | **Offense Date** |
|---|---|
| 1 | 09/21/2021 |

**Current Charge**
DISTURBING THE PEACE (21750)

**Original Charge**
ASSAULT AND BATTERY (09924)

**Arraignment Date**
 10/14/2021

**Officer/Agency or Petitioner**
 BUKOSKI/CHRISTOPHER - BIRMINGHAM

**Charge Level**
 MISDEMEANOR

**Amended or Reduced**
 Amended

**Attempted, Conspired, Solicited**

**Notice**

**Disposition Date**
 02/09/2022

**Disposition**
 DISPOSED ON PLEA OF NOLO CONTENDERE

**Sentencing Date**
 05/24/2022

**License Suspension Clearance Fee Due**

## Bonds (1)

**Bond Type**
 CASH/SURETY/10% CASH

**Bond Amount** | **Participant**
 $10,000.00 | D1-CARVER/DANIEL/MICHAEL

**Posted By**

**Receipt**

**Bond Ordered Date**

**Judge Setting Bond**
 D'AGOSTINI,DIANE

**Bond Posted**

**Bond Closed Date**

## Bond Action(s)

| Action | Action Date | Amount | Check Number | Payee |
|--------|-------------|--------|--------------|-------|
| BOND SET | 03/22/2022 | $10,000.00 | | |

## Hearings (0)

## Sentencing (1)

**SENTENCE HEARING HELD**
 05/24/2022 - Count - 1                                    Probation Term

**Incarceration Type**
 JAIL

### COMMUNITY SERVICE/JAIL/PRISON

**Location**
 ALTERNATE LOCATION

**Minimum Term**
 90 DAY(S)

**Credit Time Served**

**Community Service In Lieu of Jail**

**Optional Term**

**Incarceration Weekend Service**

 No

**Community Service**

**Jail/Prison Suspended**

 No

**Fines Suspended**

 No

### VEHICLE IMMOBILIZATION/FORFEITURE

**Immobilize Vehicle Ordered**

**Start Date**

**Vehicle Forfeited**

No

---

### PROBATION/REHABILITATION

**Probation Officer**

**Rehabilitation**

---

### LICENSE/CCW INFORMATION

**License Suspended/Revoked**

**Days Suspended**

**Restricted**

---

## Events (126)

**Event Date**
06/27/2022

**Description**
WARRANT RETURNED

**Party/Count**
D1

**Clerk**
MCE

**Event Date**
05/24/2022

**Description**
SENTENCE HEARING HELD

**Comment**
ALL COUNTS

**Party/Count**
D1

**Clerk**
  LMG

**Judge**
  D'AGOSTINI,DIANE,

---

**Description**
  SUPPLEMENTAL SENTENCING

| Party/Count | Amount |
|---|---|
| D1 | $550.00 |

**Clerk**
  LMG

---

**Description**
  COURT RECORDER JESSICA KAYL #9340

**Party/Count**
  D1

**Clerk**
  LMG

**Judge**
  D'AGOSTINI,DIANE,

---

**Description**
  WARRANT FEE

| Party/Count | Amount |
|---|---|
| D1 | -$75.00 |

**Clerk**
  LMG

---

**Description**
  STATE COSTS - MISDEMEANOR/ORDINANCE

| Party/Count | Amount |
|---|---|
| D1 | $50.00 |

**Clerk**
  LMG

---

**Description**
  CRIME VICTIM RIGHTS ASSESSMENT

| Party/Count | Amount |
|---|---|
| D1 | $75.00 |

**Clerk**
  LMG

**Description**
ORDINANCE FINE

**Party/Count**                          **Amount**
D1                                          $500.00

**Clerk**
LMG

---

**Description**
PAYMENT DUE

**Comment**
062322

**Party/Count**
D1

**Clerk**
LMG

---

**Description**
JAIL TERM

**Party/Count**
D1

**Clerk**
LMG

---

**Description**
CREDIT FOR TIME SERVED IN JAIL

**Party/Count**
D1

**Clerk**
LMG

---

**Description**
ALTERNATE LOCATION

**Party/Count**
D1

**Clerk**
LMG

---

**Description**
SENTENCE

**Party/Count**
D1

**Clerk**
  LMG

---

**Description**
  MISCELLANEOUS ACTION

**Comment**
  ALL COUNTS

**Party/Count**
  D1

**Clerk**
  LMG

---

**Description**
  SET ASIDE BENCH WARRANT

**Party/Count**
  D1

**Clerk**
  LMG

---

**Description**
  DISPOSITION REPORTED ELECTRONICALLY TO MSP

**Party/Count**
  D1

**Clerk**
  LMG

---

**Description**
  JUDGMENT OF SENTENCE GENERATED

**Comment**
  DIST PEACE

**Party/Count**
  D1/1

**Clerk**
  LMG

---

**Description**
  WARRANT/BOND CONDS/PROB CONDS RECALLED

**Party/Count**
  D1

**Clerk**
  MCE

**Description**
MONETARY TRANSACTION

**Comment**
DIST PEACE

**Party/Count**
D1/1

**Clerk**
AMT

---

**Description**
PAYMENT

| **Party/Count** | **Amount** |
| --- | --- |
| D1 | $625.00 |

| **Receipt No./Date/Judge** | **Clerk** |
| --- | --- |
| D159809 | AMT |

---

**Description**
CREDIT CARD TENDERED

**Party/Count**
D1/1

**Clerk**
AMT

---

**Description**
CASE CLOSED

**Party/Count**
D1

**Clerk**
AMT

---

**Description**
WARRANT RECALL GENERATED

**Comment**
DIST PEACE

**Party/Count**
D1/1

**Clerk**
MCE

---

**Event Date**

05/17/2022

**Description**
PROCEEDING HELD

**Comment**
ALL COUNTS

**Party/Count**
D1

**Clerk**
HW

**Judge**
D'AGOSTINI,DIANE,

**Description**
COURT RECORDER PRISCILLA GHITA

**Party/Count**
D1

**Clerk**
HW

**Description**
MISCELLANEOUS ACTION

**Comment**
ALL COUNTS

**Party/Count**
D1

**Clerk**
HW

**Description**
SCHEDULED FOR SENTENCING

**Comment**
052422 1100A

**Party/Count**
D1

**Receipt No./Date/Judge**                              **Clerk**
44512                                                              HW

**Description**
NOTICE TO APPEAR GENERATED

**Comment**

ALL COUNTS

**Party/Count**
D1

**Clerk**
HW

---

**Description**
NOTICE TO APPEAR MAILED: DEFENDANT/DEFENDANT ATTORNEY

**Party/Count**
D1

**Clerk**
HW

---

**Description**
MISCELLANEOUS ACTION

**Comment**
DIST PEACE

**Party/Count**
D1/1

**Clerk**
LMG

---

**Description**
SCHEDULED FOR SHOWCAUSE HEARING-NON PROBATION

**Comment**
052422 1100A

**Party/Count**
D1

**Receipt No./Date/Judge**                     **Clerk**
44512                                          LMG

---

**Event Date**
05/10/2022

**Description**
MISCELLANEOUS ACTION

**Comment**
ALL COUNTS

**Party/Count**
D1

**Clerk**
HW

**Description**
SCHEDULED FOR SENTENCING

**Comment**
051722 1100A

**Party/Count**
D1

| Receipt No./Date/Judge | Clerk |
| --- | --- |
| 44512 | HW |

**Description**
NOTICE TO APPEAR FOR ATTORNEY REQUESTED

**Comment**
ALL COUNTS

**Party/Count**
D1

**Clerk**
HW

**Description**
NOTICE TO APPEAR GENERATED

**Party/Count**
D1

**Clerk**
HW

**Event Date**
04/19/2022

**Description**
14 DAY NOTICE GENERATED

**Comment**
DIST PEACE

**Party/Count**
D1/1

**Clerk**

**Event Date**

04/13/2022

**Description**
CORRESPONDENCE FILED

**Party/Count**
D1

**Clerk**
LMG

---

**Event Date**
03/28/2022

**Description**
MISCELLANEOUS ACTION

**Comment**
ALL COUNTS

**Party/Count**
D1

**Clerk**
LMG

**Description**
SUPPLEMENTAL SENTENCING

| Party/Count | Amount |
|---|---|
| D1 | $75.00 |

**Clerk**
LMG

**Description**
WARRANT FEE

| Party/Count | Amount |
|---|---|
| D1 | $75.00 |

**Clerk**
LMG

**Description**
MISCELLANEOUS ACTION

**Comment**
ALL COUNTS

**Party/Count**
D1

**Clerk**
  LMG

**Description**
  BENCH WARRANT ISSUED

**Party/Count**
  D1

**Clerk**
  LMG

---

**Event Date**
  03/25/2022

**Description**
  MOTION, AFFIDAVIT & BENCH WARRANT GENERATED

**Comment**
  DIST PEACE

**Party/Count**
  D1/1

**Clerk**
  LMG

---

**Event Date**
  03/22/2022

**Description**
  MISCELLANEOUS ACTION

**Comment**
  ALL COUNTS

**Party/Count**
  D1

**Clerk**
  LMG

**Judge**
  D'AGOSTINI,DIANE,

**Description**
  CASH/SURETY/10% CASH

**Party/Count**
  D1

**Clerk**
  LMG

---

**Description**
  BOND SET

| Party/Count | Amount |
|---|---|
| D1 | $10,000.00 |

**Clerk**
  LMG

---

**Description**
  PROCEEDING HELD VIA ZOOM

**Party/Count**
  D1

**Clerk**
  LMG

---

**Description**
  COURT RECORDER JESSICA KAYL #9340

**Party/Count**
  D1

**Clerk**
  LMG

---

**Event Date**
  03/02/2022

---

**Description**
  NOTICE TO APPEAR MAILED: DEFENDANT/DEFENDANT ATTORNEY

**Party/Count**
  D1

**Clerk**
  LMG

---

**Description**
  ZOOM INSTRUCTIONS ATTACHED WITH NOTICE TO APPEAR

**Party/Count**
  D1

**Clerk**
  LMG

**Event Date**
03/01/2022

**Description**
ORDER TO SHOW CAUSE GENERATED-UPDATED SHOWCAUSE FLAG

**Comment**
DIST PEACE

**Party/Count**
D1/1

**Clerk**
LMG

**Description**
MISCELLANEOUS ACTION

**Comment**
ALL COUNTS

**Party/Count**
D1

**Clerk**
LMG

**Description**
SCHEDULED FOR SHOWCAUSE HEARING-NON PROBATION

**Comment**
032222 1000A

**Party/Count**
D1

**Receipt No./Date/Judge**
44512

**Clerk**
LMG

**Description**
HEARING TO BE HELD VIA ZOOM

**Party/Count**
D1

**Clerk**
LMG

**Event Date**
02/25/2022

**Description**

MISCELLANEOUS ACTION

**Comment**
ALL COUNTS

**Party/Count**
D1

**Clerk**
JH

**Event Date**
02/22/2022

**Description**
MISCELLANEOUS ACTION

**Comment**
ALL COUNTS

**Party/Count**
D1

**Clerk**
DMR

**Description**
SCHEDULED FOR PRE-SENTENCE INTERVIEW

**Comment**
022522 230P

**Party/Count**
D1

**Receipt No./Date/Judge**          **Clerk**
6                                    DMR

**Event Date**
02/11/2022

**Description**
MISCELLANEOUS ACTION

**Comment**
DIST PEACE

**Party/Count**
D1/1

**Clerk**

DMR

**Event Date**
02/09/2022

**Description**
PRE-TRIAL HELD

**Comment**
ASSAULT & BA

**Party/Count**
D1/1

**Clerk**
LMG

**Judge**
D'AGOSTINI,DIANE,

**Description**
AMENDED CHARGE

**Comment**
DIST PEACE

**Party/Count**
D1/1

**Clerk**
LMG

**Description**
PLEAD NOLO CONTENDERE

**Party/Count**
D1/1

**Clerk**
LMG

**Judge**
D'AGOSTINI,DIANE,

**Description**
DISPOSED ON PLEA OF NOLO CONTENDERE

**Party/Count**
D1/1

**Clerk**
LMG

**Description**

PROCEEDING HELD VIA ZOOM

**Party/Count**

D1/1

**Clerk**

LMG

**Judge**

D'AGOSTINI,DIANE,

**Description**

COURT RECORDER JESSICA KAYL #9340

**Party/Count**

D1/1

**Clerk**

LMG

**Description**

MISCELLANEOUS ACTION

**Comment**

DIST PEACE

**Party/Count**

D1/1

**Clerk**

LMG

**Description**

SCHEDULED FOR SENTENCING

**Comment**

032222 1000A

**Party/Count**

D1

| Receipt No./Date/Judge | Clerk |
|---|---|
| 44512 | LMG |

**Description**

HEARING TO BE HELD VIA ZOOM

**Party/Count**

D1

**Clerk**

LMG

Description
NOTICE TO APPEAR GENERATED

Comment
DIST PEACE

Party/Count
D1/1

Clerk
LMG

Description
NOTICE TO APPEAR MAILED: DEFENDANT/DEFENDANT ATTORNEY

Party/Count
D1

Clerk
LMG

Description
ZOOM INSTRUCTIONS ATTACHED WITH NOTICE TO APPEAR

Party/Count
D1

Clerk
LMG

Event Date
01/13/2022

Description
MISCELLANEOUS ACTION

Comment
ALL COUNTS

Party/Count
D1

Clerk
LMG

Description
REMOVED FROM DOCKET

Comment
122922

Party/Count

D1

**Clerk**
LMG

---

**Description**
SCHEDULED FOR PRE-TRIAL

**Comment**
020922 1000A

**Party/Count**
D1

**Receipt No./Date/Judge**                         **Clerk**
44512                                              LMG

---

**Description**
HEARING TO BE HELD VIA ZOOM

**Party/Count**
D1

**Clerk**
LMG

---

**Description**
NOTICE TO APPEAR GENERATED

**Comment**
ALL COUNTS

**Party/Count**
D1

**Clerk**
LMG

---

**Description**
NOTICE TO APPEAR MAILED: DEFENDANT/DEFENDANT ATTORNEY

**Party/Count**
D1

**Clerk**
LMG

---

**Description**
ZOOM INSTRUCTIONS ATTACHED WITH NOTICE TO APPEAR

**Party/Count**
D1

**Clerk**

LMG

**Event Date**
01/10/2022

**Description**
PROCEEDING HELD

**Comment**
ASSAULT & BA

**Party/Count**
D1/1

**Clerk**
MKS

**Judge**
D'AGOSTINI,DIANE,

**Description**
CALENDAR NOT AVAILABLE

**Comment**
122922

**Party/Count**
D1

**Clerk**
MKS

**Description**
COURT RECORDER JESSICA KAYL #9340

**Party/Count**
D1

**Clerk**
MKS

**Description**
PROCEEDING HELD VIA ZOOM

**Party/Count**
D1

**Clerk**
MKS

**Event Date**

12/09/2021

---

Description

STIPULATION/ORDER TO ADJOURN FILED BY DEFENDANT/DEFENSE ATTORNEY

Party/Count

D1

Clerk

LMG

---

Description

MISCELLANEOUS ACTION

Comment

ALL COUNTS

Party/Count

D1

Clerk

LMG

Attorney

NAFSU,JOSEPH NAZAR,

---

Description

REMOVED FROM DOCKET

Comment

121021 1000A

Party/Count

D1

Receipt No./Date/Judge                    Clerk

44512                                     LMG

---

Description

STIPULATION/ORDER TO ADJOURN BY DEFENDANT/DEFENSE ATTORNEY:GRANTED

Party/Count

D1

Clerk

LMG

---

Description

MISCELLANEOUS ACTION

Comment

ALL COUNTS

Party/Count

D1

**Clerk**
LMG

---

**Description**
SCHEDULED FOR PRE-TRIAL

**Comment**
011022 930A

**Party/Count**
D1

**Receipt No./Date/Judge**                      **Clerk**
44512                                            LMG

---

**Description**
HEARING TO BE HELD VIA ZOOM

**Party/Count**
D1

**Clerk**
LMG

---

**Description**
NOTICE TO APPEAR GENERATED

**Comment**
ALL COUNTS

**Party/Count**
D1

**Clerk**
LMG

---

**Description**
NOTICE TO APPEAR MAILED: DEFENDANT/DEFENDANT ATTORNEY

**Party/Count**
D1

**Clerk**
LMG

---

**Description**
ZOOM INSTRUCTIONS ATTACHED WITH NOTICE TO APPEAR

**Party/Count**
D1

**Clerk**

LMG

**Event Date**
  12/07/2021

**Description**
  MISCELLANEOUS ACTION

**Comment**
  ALL COUNTS

**Party/Count**
  D1

**Clerk**
  LMG

**Attorney**
  GORCYCA,DAVID G.,

**Description**
  APPEARANCE BY AN ATTORNEY FILED

**Party/Count**
  D1

**Clerk**
  LMG

**Description**
  DEMAND FOR DISCOVERY FILED

**Party/Count**
  D1

**Clerk**
  LMG

**Description**
  NOTICE TO APPEAR GENERATED

**Comment**
  ASSAULT & BA

**Party/Count**
  D1/1

**Clerk**
  LMG

**Description**
  NOTICE TO APPEAR E-MAILED: DEFENDANT/DEFENDANT ATTORNEY

**Party/Count**
   D1

**Clerk**
   LMG

---

**Event Date**
   11/05/2021

**Description**
   MISCELLANEOUS ACTION

**Comment**
   ASSAULT & BA

**Party/Count**
   D1/1

**Clerk**
   LMG

**Description**
   REMOVED FROM DOCKET

**Comment**
   122921

**Party/Count**
   D1

**Clerk**
   LMG

**Description**
   SCHEDULED FOR PRE-TRIAL

**Comment**
   121021 1000A

**Party/Count**
   D1

**Receipt No./Date/Judge**            **Clerk**
   44512                                  LMG

**Description**
   HEARING TO BE HELD VIA ZOOM

**Party/Count**
   D1

**Clerk**

LMG

**Description**
NOTICE TO APPEAR GENERATED

**Comment**
ASSAULT & BA

**Party/Count**
D1/1

**Clerk**
LMG

**Event Date**
10/14/2021

**Description**
ARRAIGNMENT HELD

**Comment**
ALL COUNTS

**Party/Count**
D1

**Clerk**
RCC

**Judge**
RICHARDSON,ANDRA V.,

**Description**
PLEAD NOT GUILTY

**Party/Count**
D1

**Clerk**
RCC

**Description**
PERSONAL

**Party/Count**
D1

**Clerk**
RCC

**Description**
BOND SET

| Party/Count | Amount |
|---|---|
| D1 | $5,000.00 |

| Receipt No./Date/Judge | Clerk |
|---|---|
| 101421 | RCC |

**Description**
COURT RECORDER HUNTER REYNOLDS

**Party/Count**
D1

**Clerk**
RCC

**Description**
PROCEEDING HELD VIA ZOOM

**Party/Count**
D1

**Clerk**
RCC

**Description**
DEFT WAIVED RIGHT TO HAVE COUNSEL PRESENT AT ARRAIGNMENT

**Party/Count**
D1

**Clerk**
RCC

**Description**
DEFENDANT TO HIRE ATTORNEY

**Party/Count**
D1

**Clerk**
RCC

**Description**
MUST APPEAR FOR ALL SCHEDULED COURT DATES.

**Party/Count**
D1

**Clerk**
RCC

**Description**
NO NEW CRIMINAL OFFENSES.

**Party/Count**
  D1

**Clerk**
  RCC

---

**Description**
  NOTIFY COURT IN WRITING OF ANY ADDRESS OR PHONE NUMBER CHANGES.

**Party/Count**
  D1

**Clerk**
  RCC

---

**Description**
  PRETRIAL RELEASE ORDER GENERATED

**Comment**
  ASSAULT & BA

**Party/Count**
  D1/1

**Clerk**
  RCC

---

**Description**
  MISCELLANEOUS ACTION

**Comment**
  ASSAULT & BA

**Party/Count**
  D1/1

**Clerk**
  RCC

---

**Description**
  CALENDAR NOT AVAILABLE

**Comment**
  122921

**Party/Count**
  D1

**Clerk**
  RCC

---

**Description**
  PRETRIAL RELEASE ORDER GENERATED

**Comment**
ALL COUNTS

**Party/Count**
D1

**Clerk**
RCC

---

**Event Date**
09/29/2021

**Description**
JUDGE OF RECORD/MAGISTRATE CHANGED

**Party/Count**
D1

**Clerk**
RCC

---

**Event Date**
09/22/2021

**Description**
FILING DATE

**Comment**
092221

**Party/Count**
D1

**Clerk**
CLK

**Description**
CALENDAR NOT AVAILABLE

**Comment**
122921

**Party/Count**
D1/1

**Clerk**
CLK

**Description**
MISCELLANEOUS ACTION

**Comment**
  ALL COUNTS

**Party/Count**
  D1

**Clerk**
  SMS

---

**Description**
  REMOVED FROM DOCKET

**Comment**
  122921

**Party/Count**
  D1

**Clerk**
  SMS

---

**Description**
  SCHEDULED FOR ARRAIGNMENT

**Comment**
  101421 100P

**Party/Count**
  D1

| **Receipt No./Date/Judge** | **Clerk** |
|---|---|
| 2 | SMS |

---

**Description**
  NOTICE TO APPEAR MAILED: DEFENDANT/DEFENDANT ATTORNEY

**Party/Count**
  D1

**Clerk**
  SMS

---

**Description**
  ZOOM INSTRUCTIONS ATTACHED WITH NOTICE TO APPEAR

**Party/Count**
  D1

**Clerk**
  SMS

---

**Description**
  NOTICE TO APPEAR GENERATED

**Comment**

ALL COUNTS

**Party/Count**

D1

**Clerk**

SMS

**Event Date**

09/21/2021

**Description**

ORIGINAL CHARGE

**Comment**

ASSAULT & BA

**Party/Count**

D1/1

**Clerk**

CLK