Dear Judge Cannon,

My name is Daniel Carver, I am an inmate at the St.Lucie county jail and I am to be sentenced before you on December 5, 2023.

Your honor I am writing you today regarding multiple concerns with my current attorney Mr.Andrew Feldman.

1. Prior to my trial, Mr. Feldman told me that he was not prepared and did not go over any possible defenses or discovery with me.

2. He suggested to me that I should try to fire him to get a continuance because he was completely unprepared and told me that this case was bigger than he thought.

3. Mr. Feldman was unavailable via phone calls and it was almost impossible to get in contact with him, he was either sick or traveling.

4. As you are aware, three days into the trial, Mr. Feldman convinced and coerced me into taking a plea deal and to cooperate with the government. The plea deal and my cooperation which included my brother cooperating, was to help my brother get a lighter sentence.

5. Presently, Mr. Feldman is filling a lawsuit against my father in civil court for unpaid legal fees.

6. Mr. Feldman never went over my PSI until one day before the objections were due.

Your Honor, I feel that Mr. Feldman cannot properly or ethically represent me for my sentencing, which is why I am writing you this letter, to have him recused from my case.

I am seeking out new council for sentencing which I hope you will honor my request.

Respectfully Submitted,
Daniel M Carver
BOP #88544-509

REC'D BY _____ D.C.

NOV 15 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

Daniel Carver
2740881
A2-03
900 N Rock Rd
Ft Pierce, Fl, 34945

REC'D BY _____ D.C.
NOV 15 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

WEST PALM BCH FL 334
7 NOV 2023 PM 3 L

This mail originated from an inmate at the St. Lucie County Jail

The Carver Family
19632 Backnine Dr
Boca Raton, Fl, 33498

33498-464132





U.S. POSTAGE IMI
$32.30
EXFL RDC 07
Orig: 33434
Dest: 34950
11/14/23
0018364813

PRESS FIRMLY TO SEAL

CPU



UNITED STATES POSTAL SERVICE ® | PRIORITY MAIL EXPRESS®

RECEIVED

EI 672 128 776 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT) PHONE 754-234-5633
DANIEL CARVER
19632 Backnine Dr.
Boca Raton FL. 33498

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.  Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 33434
Scheduled Delivery Date (MM/DD/YY): 11/15/23
Postage: $28.75

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

Date Accepted (MM/DD/YY): 11/15/23
Scheduled Delivery Time: ☐ 6:00 PM
Time Accepted: 12 ☒ PM
Insurance Fee: $
Return Receipt Fee: $
COD Fee: $
Live Animal Transportation Fee: $

**TO: (PLEASE PRINT)** PHONE ( )
Judge AILEEN CANNON
101 S US HWY 1
Chambers 4044
Ft Pierce FL 34950
ZIP + 4® (U.S. ADDRESSES ONLY): 34950

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $28.75
Weight ☐ Flat Rate   Acceptance Employee Initials: LR

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) Time  ☐ AM ☐ PM  Employee Signature
Delivery Attempt (MM/DD/YY) Time  ☐ AM ☐ PM  Employee Signature

NOV 14 2023

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

⇨ PEEL FROM THIS CORNER

  

UNITED STATES POSTAL SERVICE®

F July 2022
12 1/2 x 9 1/2