UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80022-CANNON/REINHART

UNITED STATES OF AMERICA

vs.

DANIEL M. CARVER, and
JOSE GOYOS,

        **Defendants**.

_____/

## GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SENTENCING-RELATED PLEADINGS

The government, by and through undersigned counsel, files this unopposed motion for extension of time to file sentencing-related pleadings prior to the sentencing hearings of Defendants Daniel M. Carver and Jose Goyos.

Sentencing hearings for Daniel M. Carver and Jose Goyos are presently set for Monday, February 26, 2024. The government anticipates filing sentencing memorandums ahead of both hearings. The Court granted an extension for the government to file its sentencing-related pleadings to Monday, February 12, 2024. [ECF No. 1020]. In support of the first motion for extension, the government informed the Court that undersigned counsel had an evidentiary hearing in the District of Maine on February 7, 2024. That hearing occurred; however, the hearing was continued to Monday, February 12, 2024.

The government respectfully requests an additional two-day extension for a deadline of February 14, 2024, to file sentencing memoranda.

Counsel for Defendants Daniel M. Carver and Jose Goyos do not oppose the relief requested.

WHEREFORE, the government respectfully requests that the Court extend the deadline to February 14, 2024, to file sentencing-related pleadings with regard to Defendants Daniel M. Carver and Jose Goyos.

Date:   February 8, 2024               Respectfully submitted,

                                       MARKENZY LAPOINTE
                                       UNITED STATES ATTORNEY

                                       GLENN S. LEON, CHIEF
                                       CRIMINAL DIVISION, FRAUD SECTION
                                       U.S. DEPARTMENT OF JUSTICE

                               By:     /s/ Patrick J. Queenan
                                       Patrick J. Queenan
                                       FL Special Bar No. A5502715
                                       Reginald Cuyler Jr.
                                       FL Bar No. 0114062
                                       Andrew Tamayo
                                       FL Special Bar No. A5502970
                                       Trial Attorneys
                                       U.S. Department of Justice
                                       Criminal Division, Fraud Section
                                       1400 New York Avenue, N.W.
                                       Washington, D.C. 20005
                                       Phone: (202) 875-0326
                                       patrick.queenan@usdoj.gov
                                       reginald.cuyler.jr@usdoj.gov
                                       andrew.tamayo@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2024, I served and filed the foregoing document with the Clerk of the Court via CM/ECF.

                               By:     /s/ Patrick J. Queenan
                                       Patrick J. Queenan
                                       Trial Attorney
                                       U.S. Department of Justice