FILED BY_____D.C.

AUG 16 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES DISTRICT COURT
Southern District of Florida
_____

UNITED STATES OF AMERICA )
                         )   Case No- 9:22 CR 80022 AMC (1)
v                        )
                         )
Daniel Carver            )
                         )

## REQUEST FOR DOCKET SHEET AND PLEA AGREEMENT

Defendant Daniel Carver hereby requests that the Clerk of Court foward a copy
of Defendant's docket sheet and plea agreement in the above-numbered case. Defendant
needs these documents for his case-file in case there are any needed appeals or
other matters that require the information contained within. Defendant is unable
to pay for these documents as he is indigent. Thank you for your time.

Respectfully Submitted,
Daniel Carver
# 88544- 509

## CERTIFICATE OF SERVICE

I, Daniel Carver, hereby certify that a copy of the foregoing document was placed
in the prison mailing system to be fowarded to the Clerk of Court on: 8-12-2024 .

Executed on:_____.

_____
Signature of Defendant

Daniel Carver - 88544-509
FCI Memphis
P.O. Box 34550
Memphis, TN 38184-0550

MEMPHIS TN 380

13 AUG 2024 PM 2 L

Alto Lee Adams, Sr United States Courthouse
101 South U.S. Highway 1, Room 1016
Fort Pierce, FL 34950

RECEIVED
AUG 16 2024
CLEARED X-RAY

34950-420901

FCI MEMPHIS
1101 JOHN A DENIE RD
MEMPHIS, TN  38134  DATE _____

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL
MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER
HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER
RAISED A QUESTION OR PROBLEM OVER WHICH THIS FACILITY
HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL
FOR FURTHER INFORMATION OR CLARIFICATION.
IF THE WRITER ENCLOSED CORRESPONDENCE FOR FORWARDING
TO ANOTHER ADDRESSEE, PLEASE
ABOVE ADDRESS.